AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JOSEPH ALLEN

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Joseph Allen
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title     21     United States Code, Section(s)  846 and 841(a)(1)

Charles B. Swartwood III          US Magistrate Judge
Name of Issuing Officer           Title of Issuing Officer

[signature]                        06-29-2004    Boston, MA
Signature of Issuing Officer       Date and Location

Bail fixed at $ _____            _____
                                    Name of Judicial Officer

**RETURN**    DEA

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  6/30/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Joseph Allen

ALIAS:

LAST KNOWN RESIDENCE: 8 Resevoir Rd., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Beverly, MA

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2491

HEIGHT: 6'2"     WEIGHT: 210

SEX: M     RACE: W

HAIR: Brown     EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 516749AC0

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA