United States District Court
District of Massachusetts

Filed in open court
10/4/04
(BR)

U.S. v.
Joseph Allen

Cr. No. 04-10288-NG

## Motion to Modify Conditions of Release

The defendant moves the Court to modify the conditions of release to permit him to leave home on Saturday, Oct. 9, 2004 from 11:00 AM to 4:00 p.m. to attend a baby shower at Michael's Restaurant in Rockport.

By his attorney,

James L. Sultan
Rankin + Sultan
1 Commercial Wharf N.
Boston, MA 02110

Dated: 10/4/04

10-4-04
allowed
[signature]