UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
v. )   Criminal No. 04-10288-NG
)
)
)
)
CARLOS ESPINOLA, ET AL. )
)

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Joseph Allen_

[X]  states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ]  waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

_____
Defendant

_/s/_____
Attorney for the Defendant

_10/12/04_
Date

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #-04-10288-NG

UNITED STATES

v.

JOSEPH ALLEN

## CERTIFICATE OF SERVICE

I certify that I have served the *Defendant's Notice Re: Automatic Disclosure* upon the government by mailing a copy, U.S. mail, postage prepaid, to AUSA David Tobin, US Attorney's Office, Moakley Federal Courthouse, One Courthouse Way, Suite #9200, Boston, MA 02210 on October 12, 2004.

James L. Sultan, BBO #488400
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011