UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-NG

UNITED STATES

v.

JOSEPH ALLEN

## DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE

Joseph Allen, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. § 3162(a), to dismiss the indictment with prejudice. The grounds for the instant motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

**JOSEPH ALLEN**
By his attorney,

James L. Sultan, BBO #488400
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

- 2 -

## CERTIFICATE OF SERVICE

    I certify that I have served the foregoing document by mailing a copy, U.S. mail, postage prepaid, to AUSA David Tobin at the US Attorney's Office, 1 Courthouse Way, Boston, MA 02210 this October 14, 2004.

/
_____
James L. Sultan