UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

## DEFENDANT'S MOTION TO RECEIVE ADVANCE NOTICE
## FROM THE COURT RESPECTING ALL HEARINGS INVOLVING CO-DEFENDANTS

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court to provide him, through counsel, with advance notice of any and all Court hearings involving any of the co-defendants in this case. As grounds therefore, defendant avers as follows:

1. This is a multi-defendant case. Defendant Allen is charged with conspiring with the other defendants to distribute Oxycontin. Defendant Allen anticipates going to trial.

2. As in any multi-defendant case, proceedings involving Allen's co-defendants may well be relevant to the preparation of Allen's trial defense. Such proceedings may include, but are not limited to, bail revocation hearings, hearings on motions to modify bail conditions, motions for release on bail, Rule 11 hearings, and hearings respecting competency. It is important that counsel for defendant Allen have an opportunity to attend any and all such hearings as they may provide important information to be utilized in trial preparation and/or cross-examination of

government witnesses at trial.

>Respectfully submitted,
>
>**JOSEPH ALLEN**
>
>By his attorney,
>
>*/s/ James L. Sultan*
>
>James L. Sultan, BBO #488400
>Rankin & Sultan
>One Commercial Wharf North
>Boston, MA 02110
>(617) 720-0011

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the government by mailing a copy thereof, to AUSA David Tobin, Moakley Federal Courthouse, One Courthouse Way, Suite #9200, Boston, MA 02210 on December 20, 2004.

>*/s/ James L. Sultan*
>_____
>James L. Sultan