FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court to modify his conditions of release by permitting him to attend the rehearsal for his daughter's Christening on January 30, 2005 from 12:00 noon to 3:00 p.m. and to attend his daughter's Christening on February 6, 2005 from 11:30 a.m. to 5:00 p.m. Both the rehearsal and the Christening will take place at St. Ann's Church in Gloucester, Massachusetts.

Respectfully submitted,
**JOSEPH ALLEN**
By his attorney,

James L. Sultan, BB0 #488400
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing document upon the government by mailing a copy thereof, to AUSA David Tobin, Moakley Federal Courthouse, One Courthouse Way, Suite #9200, Boston, MA 02210 and US Pretrial Services Officer Christopher Wylie, Moakley Federal Courthouse, One Courthouse Way, Suite #1300, Boston, MA 02210 on January 24, 2005.

_____
James L. Sultan