UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

**AFFIDAVIT OF JOSEPH ALLEN**

Joseph Allen, being duly sworn according to law hereby deposes and says as follows:

1.    I am the defendant in the above-captioned criminal case. I make this affidavit based on personal knowledge.

2.    I was released from custody in this case on August 9, 2004. My conditions of release include home confinement and electronic monitoring.

3.    With the Court's permission, I am currently attending four Narcotics Anonymous meetings per week. These meetings take place on Wednesday, Thursday, Friday, and Sunday evenings in Gloucester, where I live.

4.    With the Court's permission, I am currently working full-time performing maintenance at Auto-Dyne in Beverly.

5.    I have complied with all conditions of release since last August. I am clean and doing well. If I were off of home confinement, I would be able to participate in activities with my family on weekends. My daughter, Gianna Mae, was born on

October 31, 2004. I would really like to be able to go out and do things with my

daughter and her mother, Alicia.

6.      If the Court sees fit to take me off of home confinement and impose a curfew, I will

comply with that curfew and with all other conditions of release.

Signed and sworn to under the pains and penalties of perjury this 2nd day of February 2005.

_____
Joseph Allen

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the government by mailing a copy thereof, to AUSA David Tobin, Moakley Federal Courthouse, One Courthouse Way, Suite #9200, Boston, MA 02210 and US Pretrial Services Officer Christopher Wylie, Moakley Federal Courthouse, One Courthouse Way, Suite #1300, Boston, MA 02210 on February 2, 2005.

_____
James L. Sultan