UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

# DEFENDANT'S MOTION TO EXTEND TIME FOR FILING DISCOVERY MOTIONS

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court to extend the time for filing discovery motions until March 18, 2005. As grounds therefore, defendant avers as follows:

1. On January 31, 2005, the Court (Swartwood, M.J.) ordered the government to respond to the defendant's discovery letter by February 11, 2005. The Court set March 4, 2005 as the deadline for the filing of discovery motions.

2. The government's response to the defendant's discovery letter, dated February 22, 2005, was received by undersigned counsel on or about February 23, 2005.

3. On or about February 28, 2005, undersigned counsel telephoned the prosecutor in order to confer with him, as required by Local Rule 116.3(F). The prosecutor's voicemail message indicated that he was out of the office until March 7, 2005. Accordingly, that required conference has not yet occurred.

4.  Under the circumstances, it is reasonable and in the interests of justice that the deadline for the filing of discovery motions be extended from March 4, 2005 until March 18, 2005.

> Respectfully submitted,
> **JOSEPH ALLEN**
> By his attorney,
>
> _____
> James L. Sultan, BBO #488400
> Rankin & Sultan
> One Commercial Wharf North
> Boston, MA 02110
> (617) 720-0011

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005 I served the foregoing document upon the parties by mailing a copy thereof, US mail, postage prepaid, to:

AUSA David Tobin
Moakley Federal Courthouse
One Courthouse Way, Suite #9200
Boston, MA 02210

Stephen Neyman, Esquire
160 State Street, 8th Floor
Boston, MA 02109

Richard M. Welsh, Esquire
80 Worcester Street, Suite Five
North Grafton, MA 01536

John Andrews, Esquire
70 Washington Street, Suite #211
Salem, MA 01970

Michael F. Natola, Esquire
McBride & Natola
240 Commercial Street, Suite #2-B
Boston, MA 02109

Bradford E. Keene, Esquire
Keene & Gizzi
220 Broadway, Suite #402
Lynnfield, MA 01940

Elliot M. Weinstein, Esquire
228 Lewis Wharf
Boston, MA 02110

Edward J. O'Reilly, Esquire
46 Milton Street
Gloucester, MA 01930

Mark R. Salinas, Esquire
70 Washington Street, Suite #212
Salem, MA 01970

Roger Witkin, Esquire
Six Beacon Street
Boston, MA 02018

Michael C. Bourbeau, Esquire
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Bruce G. Linson, Esquire
220 Commercial Street
Boston, MA 02109

Theodore W. Beauparlant, Esquire
166 Kenoza Avenue
Haverhill, MA 01830

Stephen D. Judge, Esquire
23 Central Avenue, Suite #605
Lynn, Ma 01901

_____
James L. Sultan