UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court to modify his conditions of release by permitting him to attend a family reunion at the home of his stepfather, Kevin Murphy, on Saturday, June 18, 2005.  Mr. Murphy resides at 21 Orchard St. in Gloucester.  Mr. Allen requests to be off his electronic bracelet for this purpose between 11:00 a.m. and 7:00 p.m. on Saturday, June 18,  2005..

Respectfully submitted,
**JOSEPH ALLEN**
By his attorney,

_____/s/James L. Sultan_____
James L. Sultan, BB0 #488400
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011

June 7, 2005