PS 42
(Rev 07/93)

# United States District Court

## District of Massachusetts

**United States of America**      )
                                  )
       vs                       )
                                  )
**Joseph Allen**                  )      Case No. 04-10288-RWZ

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joseph Allen, have discussed with David A. Picozzi, Pretrial Services/Probation Officer, modification of my release as follows:

Defendant is to participate in any inpatient and/or out patient treatment as deemed necessary and appropriate by U.S. Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/28/05    _____  7-28-05
Signature of Defendant         Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____           7/28/05
Signature of Defense Counsel              Date

[✓]  The above modification of conditions of release is ordered, to be effective on 7/28/05

[ ]  The above modification of conditions of release is not ordered.

_____           7/28/05
Signature of Judicial Officer              Date