AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| JOSEPH ALLEN | | | | | Case Number: 04-10288-RWZ |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Tobin | Sultan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/03/05 | 3:24 | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 10/3/05 | | | Nick DeMauro |
| | | 10/3/05 | | | Judith Oxford |
| | | 10/3/05 | | | Alicia Parisi |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 10/3/05 | X | X | Termination Warning |
| 2 | | 10/3/05 | X | X | Letter to Judy Oxford Explaining Incident involving Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages