AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____   District of   _____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

JOSEPH ALLEN

**WARRANT FOR ARREST**

Case   04-10288-06-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSEPH ALLEN
                                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Failure to remain in Spectrum Treatment Program.

in violation of _____ United States Code, Section(s) _____ 3606 _____

LISA A. URSO _____
Name of Issuing Officer

_____
Signature of Issuing Officer

Deputy Clerk _____
Title of Issuing Officer

9/28/05 Boston _____
Date and Location

Bail fixed at $ _____ by _____
                                                                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   USMS D/MA

| DATE RECEIVED 9/28/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/28/2005 | SDUSM Bohn | |