UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**NOTICE OF CHANGE OF ADDRESS**
**EFFECTIVE OCTOBER 31, 2005**

Please be advised that effective October 31, 2005, undersigned counsel's new address will

be as follows:

Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717
(617) 720-0011
FAX (617) 742-0701

Respectfully submitted,

**JOSEPH ALLEN**
By his attorney,

_____/s/James L. Sultan_____
James L. Sultan, BB0 #488400
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011

October 27, 2005