```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-CR-10288-RWZ
                              )
JOSEPH ALLEN                  )
```

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to deny defendant's appeal of Magistrate Judge Swartwood's Detention Order. The United States respectfully submits that Magistrate Judge Swartwood's determination that the defendant is a safety risk and not amenable to following the directives of the Court is accurate.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/: *David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney