UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

## NOTICE OF APPEAL

Notice is hereby given that Joseph Allen, defendant in the above-named case, hereby appeals pursuant to 18 U.S.C. §3145(c) to the United States Court of Appeals for the First Circuit from the November 17, 2005 Order of the District Court (Docket No. 262) denying his Motion to Revoke Detention Order (Docket No. 258).

    Respectfully submitted,
    **JOSEPH ALLEN**
    By his attorney,

    _/s/ James L. Sultan_
    James L. Sultan, BBO # 488400
    Rankin & Sultan
    151 Merrimac Street, 2nd Floor
    Boston, MA  02114
    (617) 720-0011

November 23, 2005