# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10288

United States of America

v.

Joseph Allen

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I (partial case file) are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 6, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/05

/s/ Barchard

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05