UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**DEFENDANT'S MOTION TO
SEQUESTER WITNESSES**

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court, pursuant to Federal Rule of Evidence 615, to order that all potential trial witnesses be excluded from the courtroom until they have completed testifying at trial, and that all witnesses be prohibited from speaking with any other witnesses respecting this case until the conclusion of trial.

The defendant further moves that all witnesses be informed of the Court's sequestration order at the commencement of trial.

                                          Respectfully submitted,
                                          **JOSEPH ALLEN**
                                          By his attorneys,

                                            /s/ James L. Sultan
                                          James L. Sultan, BBO #488400
                                          Jonathan Harwell, BBO #662764
                                          Rankin & Sultan
                                          151 Merrimac Street
                                          Boston, MA 02114
                                          (617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 3, 2006.

                                                  /s/ James L. Sultan
                                                James L. Sultan