UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**DEFENDANT'S MOTION TO
DISMISS INDICTMENT
UNDER SPEEDY TRIAL ACT**

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court pursuant to 18 U.S.C. §3162 of the Speedy Trial Act to dismiss the indictment on the ground that the defendant has not been brought to trial within the time limit required by §3161. The defendant was indicted on September 22, 2004, and is currently awaiting trial scheduled to begin on May 8, 2006.

    Respectfully submitted,
    **JOSEPH ALLEN**
    By his attorneys,

    /s/ James L. Sultan
    James L. Sultan, BBO #488400
    Jonathan Harwell, BBO #662764
    Rankin & Sultan
    151 Merrimac Street
    Boston, MA 02114
    (617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 5, 2006.

                                             /s/ James L. Sultan
                                             James L. Sultan