EXHIBIT 1

05-04-06:  Joseph Baldassano Δ
S/A Steven Story
S/A Timothy Desmond

(A) Joe Allen introduction to Espinola thru Baldassano. @ Espinola's Apt
   Δ had Caddy (six months after initial intro)
Carlos had requested Δ intro Joe Allen because of prior conversation between Δ and Carlos regarding guns, Δ mentioned that Allen claimed to have access to guns in Maine
→ (Jill Allen - Sister)

Δ attended:
(B) Red Devils MC Events @ Clubhouse in Peabody
   1) Fund Raiser Party

   2) U/I party

   met (George) → in photo (bartending)

Δ brought Allen to Espinola's Apt during a planned OC deal
   A Joe met with Espinola, discussed guns + prices. Joe Allen stated that he would call his sister's boyfriend in Maine to confirm prices. Allen indicated that he was going to Maine that weekend. → Espinola later decided to ~~~ pursue purchases elsewhere — did not contact Allen