UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**DEFENDANT'S NOTICE OF INTENT TO OFFER RECORDS
FROM CAB HEALTH & RECOVERY SERVICES
UNDER FED. R. EVID. 902(11) AND 803(6)**

Joseph Allen, defendant in the above-captioned case, hereby provides notice to the government pursuant to Federal Rule of Evidence 902(11) of his intent to introduce the records from CAB Health & Recovery Services, attached hereto as Exhibits 1 and 2, as records of regularly conducted activity pursuant to Rule 902(11) and 803(6). The written declaration of the qualified custodian is attached hereto as Exhibit 3.

    Respectfully submitted,
    **JOSEPH ALLEN**
    By his attorneys,

       /s/ James L. Sultan   
    James L. Sultan, BBO #488400
    Jonathan Harwell, BBO #662764
    Rankin & Sultan
    151 Merrimac Street
    Boston, MA 02114
    (617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 16, 2006.

                                  /s/ James L. Sultan
                                  James L. Sultan