# RANKIN & SULTAN
## ATTORNEYS AT LAW

CHARLES W. RANKIN
JAMES L. SULTAN
CATHERINE J. HINTON

MICHELLE MENKEN
AMY S. ALBERT

ONE COMMERCIAL WHARF NORTH
BOSTON, MASSACHUSETTS 02110
(617) 720-0011

FAX (617) 742-0701
EMAIL OFFICE@RANKIN-SULTAN.COM

July 29, 2004

CAB Health and Recovery Services
Medical Records Department
11 Middleton Road
Danvers, MA 01923

Re:    **Joseph M. Allen – DOB 5/30/78**

Dear CAB:

I am writing to request that you send me a copy of your records pertaining to your treatment of my client, Joseph M. Allen earlier this year. These records are important to my representation of Mr. Allen in a pending criminal case. I am enclosing a release signed by Mr. Allen authorizing you to release his records to me. If you require any additional information, please contact me directly. If there is a charge for copying these documents, please let me know and I will forward payment.

Thank you for your anticipated assistance.

Sincerely yours,

James L. Sultan

JLS:pcb

Enclosure



CAB Health & Recovery Services

## AUTHORIZATION (CONSENT) TO OBTAIN OR RELEASE INFORMATION AND RECORDS

| Client Name: JOSEPH M Allen | DOB: 5-30-78 | DRS#: (CAB use only): |
|---|---|---|

**OBTAIN:** I, _____ (Client or Parent/Guardian, if client is a minor) authorize CAB Health and Recovery Services, Inc., by fax or mail, to **obtain** information including medical and/or substance abuse and/or mental health records from:

_____
(Name and telephone number of agency/school/physician)

_____
(Complete mailing address of agency/school/physician)

**RELEASE:** I, JOSEPH M Allen _____ (Client or Parent/Guardian, if client is a minor) authorize CAB Health & Recovery Services, Inc., via U.S. mail, to **release** information including medical and/or substance abuse and/or mental health records to:

ATTORNEY JAMES SULTAN  (617) 720-0011
(Name and telephone number of agency/school/physician) FAX (617) 742-0701

ONE COMMERCIAL WHARF North
(Complete mailing address of agency/school/physician)
Boston MASS. 02110

Please indicate the **SPECIFIC** information to be disclosed: (Please complete each category):

| | | |
|---|---|---|
| (Y) N Dates of Services | (Y) N Progress Notes | |
| (Y) N Intake Assessment Summary (Clinical Interview) | (Y) N Discharge Summary | |
| (Y) N Treatment Plans | (Y) N Psychiatric Summaries/Medications | |
| (Y) N Diagnoses | (Y) N Other EVERY THING | |

The purpose of this release of information is:
____ Assist in Treatment Planning          ____ Coordination of Treatment          ____ Evaluation
____ Billing for Treatment Services Rendered
✓ Other (specify): Legal

## PROTECTED INFORMATION

Your signature below does not pertain to the categories listed below. Information in these protected categories will **not** be recorded or released from your record without your initials in the boxes below in addition to your signature.

**INITIAL ONLY THE CATEGORIES OR INFORMATION YOU WISH CAB HEALTH & RECOVERY SERVICES, INC. TO RELEASE:**

| JMA Hepatitis B Testing/Treatment | JMA HIV/AIDS  JMA HIV Testing | JMA Sexually Transmitted Diseases | JMA Hepatitis C Testing/ Treatment |
|---|---|---|---|

I understand that I have the right to inspect and copy the information to be disclosed. I understand that my records are protected under the federal regulations governing Confidentiality in Alcohol and Drug Abuse Patients, 42 CFR Part 2 and cannot be disclosed without my written consent unless otherwise provided for in the regulations. I also understand that I may revoke this consent in writing at any time except to the extent that action has been taken in reliance on it, and that in any event this consent automatically expires within 30 days after treatment, termination, or upon receipt of payment for treatment services rendered, whichever is longer, unless otherwise specified below:

*(Specification of the date, event, or condition upon which this consent expires, not to exceed one year.)*

| Client Signature: Joseph M Allen | | Date: July 27, 2004 |
|---|---|---|
| Witness: | | Parent/Guardian: |

Date Revised: 09/03, CAB Health & Recovery Services, Inc.        Reference: 4A Rights of Persons Served/Informed Consent Corporate

# Response Information for

| | | |
|---|---|---|
| **RID:** 029582491 | **SSN:** | **Sequence:** |
| **First Name:** | **Date of Service:** 3/24/2004 | |
| **Last Name:** | **Local Office:** | |
| **Status:** Patient not found | | |

**Admissions Form**
Form Completed by: _____

| Scheduled Admission Date: 3/25/04 | BSA #   BSA #   3398346 | MRN#: 4545 |
|---|---|---|

Client Name (Last, First, Middle): *Allen, Joseph*    Allen, Joseph

| DOB: 5/30/78 | Sex: ☒ Male ☐ Female | SSN: 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 |
|---|---|---|

Home Phone: 978 479 6192    Address: 8 Reservoir Rd. Gloucester, Mass. 01930
8 Reservoir Rd, Gloucester 01930

**AXIS I**

304 00

**Type of Service**
☒ Detoxification    ☐ Dual Diagnosis    ☐ Federal
☐ Section 35        ☐ Pregnant         ☐ Methadone

AXIS I: **DIAGNOSIS**

**PAY SOURCE INFORMATION**

☐ MASS HEALTH    ☐ HMO                                      ☐ DMA              ☒ POS VERIFICATION
  ☐ Medicaid     ☐ Fallon          ☐ BMC-HealthNet        ☐ Federal            ☐ Eligible
  ☒ MBHP *Bosw*  ☐ HMO Blue        ☐ NHP                  ☐ Medicare           ☐ Not Eligible
  *Error*        ☐ Network         ☐ Other                ☐ Self Pay           ☒ Not Found
                 ☐ Ubh

| Cardholder Name: | Policy #: | SSN: |
|---|---|---|
| Employer: | Policy #: | Group #: |
| Insurance Co.: | Policy #: | Group #: |
| Address: | | Phone: |
| Verification Date: | Verified by: | # of Days Approved: |
| Authorization #: | | |

| Family Plan: | Deductible: | Individual: | Co-Pay: |
|---|---|---|---|
| MDC  3/25 - 3/27 | | 2 units  App | |

Print Date: 3/24/2004

# Response Information for

| | | |
|---|---|---|
| **RID:** 029582491 | **SSN:** | **Sequence:** |
| **First Name:** | **Date of Service:** 3/24/2004 | |
| **Last Name:** | **Local Office:** | |
| **Status:** Patient not found | | |

*Joseph Allen  119B*



*? Insuranc*

| | |
|---|---|
| **CAB** HEALTH & RECOVERY S E R V I C E S   I N C. | **Admission Checklist** |

*Treatment makes a difference  Recovery makes a life*

☑ **MIS stickers on all MIS forms (6 pages)**

☑ **MIS stickers on yellow billing sheet and physicians orders (protocol) sheet**

☐ **MIS number written in on pages 6, 7, 10, 14 and Kardex**

\* ☑ **MIS form "Part 1" completed on Admission**

\* ☑ **Yellow billing sheet completely filled out on admission**

*Tort card.*  \* ☑ **Copy of Revs PC computer printout with billing info**

\* ☐ **If private insurance, photocopy of clients insurance card**

\* ☐ **If no insurance have client sign DMA form.**

☑ **Client has signed all pertinent paperwork**

☐ **RN has completed and signed nursing medical assessment.**

| Nurse Signature: *n mol gns Rn* | Date: *3/23/04* |
|---|---|

- **To be put in Billing Department mailbox.**



**Temporary MassHealth Card**
35 CONGRESS STREET – SALEM, MA

| MEC(TAO) | CAT | For MassHealth eligibility questions, call |
|---|---|---|
| 262 | 04 | 1-800-841-2900 (TTY: 1-800-497-4648 for the deaf and hard of hearing): (637) |

Eligible from: 03/24/2004     Eligible through: 04/23/2004

| Name/PID of Eligible Person | Age | Sex | Res | TPL |
|---|---|---|---|---|
| JOSEPH ALLEN 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-3 | 25 | M | 0 | |

(1) ONE PERSON ELIGIBLE

See back of card for more information.    T 2043088

Messages:

CAT 04:    EAEDC
LIMITED SERVICES ONLY

Issued to:
JOSEPH ALLEN
35 CONGRESS STREET
SALEM, MA 01970

X _____
Please sign right away.

**O. RID/SS #** ☐☐☐☐☐☐☐☐☐☐☐

## MASS. DPH, SUBSTANCE ABUSE SERVICES
## MIS INTERVIEW - PART 1 (SITE ADMISSION)

**SITE CODE** ☐☐☐☐☐☐

1. Admission number
2. Agency code — BSA # 3398346
3. Admit date (mmddyy)
4. Program's client ID
5. Client code
6. Source of referral*
7. Client's city/town code* *(Town codes on back of this page)*
8. Client's zip code
9. Birth date (mmddyy)
10. Sex (F = female, M = male)
11. Client type (**Mark X for all that apply**)
    - Colln.
    - Sec. 35
    - Assess.
    - Prison
    - Preg.
    - Probat.
    - Work.
    - Parole
    - Vet.
    - Primary
    - Meth.
12. Race* (Number codes)
13. Ethnicity/ancestry*
14. Language most used*
15. Marital status*
16. Number of children (none = 0, 9 or more = 9)
    - Under 6 Years
    - 6-18 Years
    - Over 18 Years
17. Highest grade completed in school (GED = 12)
18. Employment status*
19. Days worked past month
20. Client's annual income*
21. Where does client usually live* *See code back of pink copy*

22. Client lives with (**Mark X for all that apply**)
    - Child. Under 6
    - Child. 6-18
    - Child. Over 18
    - Spouse/ Partner
    - Parents
    - Other Relative/ Friend
    - Roommate/ Friend
    - Oth.
23. Public assistance/compensation (**Mark X for all that apply**)
    - AFDC
    - EAEDC
    - SSI
    - Un- employ.
    - Work. Comp.
    - Vet. Ben.
    - Oth.
24. Health insurance (**Mark X for all that apply**)
    - None
    - MBHP
    - HMO
    - Private
    - Medicaid
    - Medicare
    - Oth.

*COLLATERAL CLIENTS STOP HERE*

### HANDICAPS/DISABILITIES
*(See codes on yellow page for 26-30).*

25. Use of mobility aid (**Mark X for all that apply**)
    - None
    - Crutches
    - Walker
    - Manual Wheelchair
    - Electric Wheelchair
26. Vision impairment
27. Hearing impairment
28. Self Care/ADL Skills impairment
29. Mental retardation
30. Prior mental health treatment *(See codes)*

### TREATMENT/SERVICE HISTORY
31. Number of prior admissions to each substance abuse modality (none = 0, 9 or more = 9)
    - Detox
    - Residential
    - Outpatient
    - Methadone
    - Drunk Driver
    - Other
32. Beginning of treatment episode? (Y = yes, N = no)
33. Currently receiving services from state agencies?* (**Mark X for all that apply**)
    - None
    - DPH
    - DTA
    - DSS
    - DYS
    - OCCS
    - DOC
    - MRC
    - MCB
    - MCDHH
    - OTH
    - MPB
    - OCP
    - DMH
    - DMR

### DRUNKEN DRIVER CLIENTS
(Admission to DAE and 14-day DUIL only)
34. Date of arrest (mmddyy)
35. Referring Court
*(Court codes on back of yellow page)*

### PATTERN OF SUBSTANCE USE
Use codes on back of pink copy for 37-39.

Complete 36 for all substances. If 36 = 0 leave 37-39 blank.

| | 36. Age of first use | 37. Last use (code) | 38. Freq. of last reg. use (code) | 39. Usual route of admin. (code) |
|---|---|---|---|---|
| A. Alcohol | | | | |
| B. Cocaine | | | | |
| C. Crack | | | | |
| D. Marijuana/hashish | | | | |
| E. Heroin | | | | |
| F. Non Rx, Methadone | | | | |
| G. Oth. Opiates/Synthetics | 23 | 5 | 5 | 3 |
| H. PCP | | | | |
| I. Oth. Hallucinogens | | | | |
| J. Methamphetamine | | | | |
| K. Oth. Amphetamines | | | | |
| L. Oth. Stimulants | | | | |
| M. Benzodiazepines | | | | |
| N. Oth. Tranquilizers | | | | |
| O. Barbiturates | | | | |
| P. Oth. Sedatives/Hypnotics | | | | |
| Q. Inhalants | | | | |
| R. Over-the-counter | | | | |
| S. Other | | | | |

40. Ranking of Substance Abuse Problems
*(Use alphabetical letter from substance list above)*
- Primary Substance
- Secondary Substance
- Tertiary Substance

41. Last needle use (Use code for 37/never = 0)
42. Interviewer Initials

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH                                    SUBSTANCE ABUSE SERVICES
MIS INTERVIEW - COURT AND RESPONSE CODES

| COURT | CODES | COURT | CODES |
|---|---|---|---|
| Adams | 004 | Leominster | 153 |
| Amesbury | 007 | Lowell | 160 |
| Attleboro | 016 | Lynn | 163 |
| Ayer | 019 | Malden | 165 |
| Barnstable | 020 | Marlboro | 170 |
| BOSTON | 035 | Milford | 185 |
| Brighton | 352 | Nantucket | 197 |
| Charlestown | 353 | Natick | 198 |
| Dorchester | 354 | New Bedford | 201 |
| East Boston | 355 | Newburyport | 206 |
| Roxbury | 360 | Newton | 207 |
| South Boston | 361 | North Adams | 209 |
| West Roxbury | 362 | Northampton | 214 |
| Brockton | 044 | Orange | 223 |
| Brookline | 046 | Orleans | 224 |
| Cambridge | 049 | Palmer | 227 |
| Chelsea | 057 | Peabody | 229 |
| Chicopee | 061 | Pittsfield | 236 |
| Clinton | 064 | Plymouth | 239 |
| Concord | 067 | Quincy | 243 |
| Dedham | 073 | Salem | 258 |
| Dudley | 080 | Somerville | 274 |
| Edgartown | 089 | Spencer | 280 |
| Fall River | 095 | Springfield | 281 |
| Fitchburg | 097 | Stoughton | 285 |
| Framingham | 100 | Taunton | 293 |
| Gardner | 103 | Uxbridge | 304 |
| Gloucester | 107 | Waltham | 308 |
| Great Barrington | 113 | Ware | 309 |
| Greenfield | 114 | Wareham | 310 |
| Haverhill | 128 | Westborough | 328 |
| Hingham | 131 | Westfield | 329 |
| Holyoke | 137 | Winchendon | 343 |
| Ipswich | 144 | Woburn | 347 |
| Lawrence | 149 | Worcester | 348 |
| Lee | 150 | Wrentham | 350 |

RESPONSE CODES FOR HANDICAPS/DISABILITIES
AND TREATMENT HISTORY

26 Vision Impairment
0 = None – Normal vision requiring no correction
1 = Slight – Vision is or can be adequately corrected with glasses/lenses
2 = Moderate – "Legally blind" but having some minimal vision
3 = Severe – No usable vision

27 Hearing Impairment
0 = None – Normal hearing requiring no correction
1 = Slight – Hearing is or can be adequately compensated with
       amplification, (e.g. hearing aid)
2 = Moderate – Hard of hearing, even with amplification
3 = Severe – Profound deafness

28 Self Care/Activities of Daily Living (ADL)
0 = None – No Problem with accomplishing ADL skills such as bathing,
       dressing and other self care
1 = Slight – Uses an adaptive device/s and/or takes additional time to
       accomplish ADL but does not require a personal attendant
2 = Moderate – Needs personal attendant up to 20 hours a week for ADL
3 = Severe – Requires personal attendant for over 20 hours a week for
       ADL

29 Mental Retardation
0 = None
1 = Slight retardation
2 = Moderate retardation
3 = Severe retardation

30 Prior Mental Health Treatment *
0 = has no prior mental health treatment history
1 = no treatment history but obvious problem
2 = has received counseling for mental health problem
3 = has one hospitalization for mental health problem
4 = has more than one hospitalization for mental health problem

* = If the client has received more than one type of treatment listed above, code the
       highest number that applies

**MASS. DPH, SUBSTANCE ABUSE SERVICES**
**MIS INTERVIEW - PART I (SITE ADMISSION)**

SITE CODE ☐☐☐☐☐☐

0. RID/SS # ☐ U R ☐ ☐ ☐ ☐ ☐

1. Admission number

BSA # 3398346

2. Agency code

3. Admit date (mmddyy)

4. Program's client ID

5. Client code

6. Source of referral*
*(Town codes on back of this page)*

7. Client's city/town code

8. Client's zip code

9. Birth date (mmddyy)

10. Sex (F = female, M = male)

11. Client type (Mark X for all that apply)
- Collat.
- Sec. 35
- Assess.
- Prison
- Preg.
- Probat.
- Vet.
- Parole
- Primary
- Meth.

12. Race* (Number codes)

13. Ethnicity/ancestry*

14. Language most used*

15. Marital status*

16. Number of children (none = 0, 9 or more = 9)
- Under 6 Years
- 6-18 Years
- Over 18 Years

17. Highest grade completed in school (GED = 12)

18. Employment status*

19. Days worked past month

20. Client's annual income*

21. Where does client usually live*
*See code    back of pink copy*

22. Client lives with (Mark X for all that apply)
- Alone
- Child. Under 6
- Child. 6-18
- Child. Over 18
- Spouse/ Equiv.
- Parents
- Other Relative
- Roommate/ Friend

23. Public assistance/compensation (Mark X for all that apply)
- AFDC
- EAEDC
- SSI
- Un-employ.
- Work. Comp.
- Vet. Ben.
- Oth.

24. Health insurance (Mark X for all that apply)
- None
- MBHP
- HMO
- Private
- Medicaid
- Medicare
- Oth.

**COLLATERAL CLIENTS STOP HERE**

**HANDICAPS/DISABILITIES**

25. Use of mobility aid (Mark X for all that apply)
- None
- Crutches
- Walker
- Manual Wheelchair
- Electric Wheelchair
- Oth.

*(See codes on yellow page for 26-30)*

26. Vision impairment

27. Hearing impairment

28. Self Care/ADL Skills impairment

29. Mental retardation

30. Prior mental health treatment *(See codes)*

**TREATMENT/SERVICE HISTORY**

31. Number of prior admissions to each substance abuse modality (none = 0, 9 or more = 9)
- Detox
- Residential
- Outpatient
- Methadone
- Drunk Driver
- Other

32. Beginning of treatment episode? (Y = yes, N = no)

33. Currently receiving services from state agencies?* (Mark X for all that apply)
- None
- DPH
- DSS
- DYS
- DOC
- MPB
- OCP
- DMH
- DTA
- OCCS
- MRC
- MCB
- MCDPH
- OTH
- DMR

**DRUNKEN DRIVER CLIENTS**
(Admission to DAE and 14-day DUIL only)

34. Date of arrest (mmddyy)

35. Referring Court
*(Court codes on back of yellow page)*

**PATTERN OF SUBSTANCE USE**

Complete 36 for all substances.
Use codes on back of pink copy for 37-39.
If 36 = 0 leave 37-39 blank.

| | 36. Age of first use | 37. Last use (code) | 38. Freq. of last reg. use (code) | 39. Usual route of admin. (code) |
|---|---|---|---|---|
| A. Alcohol | | | | |
| B. Cocaine | | | | |
| C. Crack | | | | |
| D. Marijuana/hashish | | | | |
| E. Heroin | | | | |
| F. Non Rx, Methadone | | | | |
| G. Oth. Opiates/Synthetics | 23 | 5 | 5 | 3 |
| H. PCP | | | | |
| I. Oth. Hallucinogens | | | | |
| J. Methamphetamine | | | | |
| K. Oth. Amphetamines | | | | |
| L. Oth. Stimulants | | | | |
| M. Benzodiazepines | | | | |
| N. Oth. Tranquilizers | | | | |
| O. Barbiturates | | | | |
| P. Oth. Sedatives/Hypnotics | | | | |
| Q. Inhalants | | | | |
| R. Over-the-counter | | | | |
| S. Other | | | | |

40. Ranking of Substance Abuse Problems
*(Use alphabetical letter from substance list above)*
- Primary Substance: G
- Secondary Substance:
- Tertiary Substance:

41. Last needle use (Use code for 37/never = 0)

42. Interviewer Initials

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

MIS INTERVIEW - TOWN CODES

SUBSTANCE ABUSE SERVICES

| TOWN | CODES |
|------|-------|
| Abington | 001 |
| Acton | 002 |
| Acushnet | 003 |
| Adams | 004 |
| Agawam | 005 |
| Alford | 006 |
| Amesbury | 007 |
| Amherst | 008 |
| Andover | 009 |
| Arlington | 010 |
| Ashburnham | 011 |
| Ashby | 012 |
| Ashfield | 013 |
| Ashland | 014 |
| Athol | 015 |
| Attleboro | 016 |
| Auburn | 017 |
| Avon | 018 |
| Ayer | 019 |
| Barnstable/Hyannis | 020 |
| Barre | 021 |
| Becket | 022 |
| Bedford | 023 |
| Belchertown | 024 |
| Bellingham | 025 |
| Belmont | 026 |
| Berkley | 027 |
| Berlin | 028 |
| Bernardston | 029 |
| Beverly | 030 |
| Billerica | 031 |
| Blackstone | 032 |
| Blandford | 033 |
| Bolton | 034 |
| Boston | 035 |

**BOSTON**

| TOWN | CODES |
|------|-------|
| Allston-Brighton | 352 |
| Charlestown | 353 |
| Dorchester | 354 |
| East Boston | 355 |
| Hyde Park | 356 |
| Jamaica Plain | 357 |
| Roslindale | 358 |
| Roxbury | 359 |
| South Boston | 360 |
| West Roxbury | 361 |

| TOWN | CODES |
|------|-------|
| Bourne | 036 |
| Boxboro | 037 |
| Boxford | 038 |
| Boylston | 039 |
| Braintree | 040 |
| Brewster | 041 |
| Bridgewater | 042 |
| Brimfield | 043 |
| Brockton | 044 |
| Brookfield | 045 |
| Brookline | 046 |
| Buckland | 047 |
| Burlington | 048 |
| Cambridge | 049 |
| Canton | 050 |
| Carlisle | 051 |
| Carver | 052 |
| Charlemont | 053 |
| Charlton | 054 |
| Chatham | 055 |
| Chelmsford | 056 |
| Chelsea | 057 |
| Cheshire | 058 |
| Chester | 059 |
| Chesterfield | 060 |
| Chicopee | 061 |
| Chilmark | 062 |
| Clarksburg | 063 |
| Clinton | 064 |
| Cohasset | 065 |
| Colrain | 066 |
| Concord | 067 |
| Conway | 068 |
| Cummington | 069 |
| Dalton | 070 |
| Danvers | 071 |
| Dartmouth | 072 |
| Dedham | 073 |
| Deerfield | 074 |
| Dennis | 075 |
| Dighton | 076 |
| Douglas | 077 |
| Dover | 078 |
| Dracut | 079 |
| Dudley | 080 |
| Dunstable | 081 |
| Duxbury | 082 |
| East Bridgewater | 083 |
| East Brookfield | 084 |
| East Longmeadow | 085 |
| Eastham | 086 |
| Easthampton | 087 |
| Easton | 088 |
| Edgartown | 089 |
| Egremont | 090 |
| Erving | 091 |
| Essex | 092 |
| Everett | 093 |
| Fairhaven | 094 |
| Fall River | 095 |
| Falmouth | 096 |
| Fitchburg | 097 |
| Florida | 098 |
| Foxboro | 099 |
| Framingham | 100 |
| Franklin | 101 |
| Freetown | 102 |
| Gardner | 103 |
| Gay Head | 104 |
| Georgetown | 105 |
| Gill | 106 |
| Gloucester | 107 |
| Goshen | 108 |
| Gosnold | 109 |
| Grafton | 110 |
| Granby | 111 |
| Granville | 112 |
| Great Barrington | 113 |
| Greenfield | 114 |
| Groton | 115 |
| Groveland | 116 |
| Hadley | 117 |
| Halifax | 118 |
| Hamilton | 119 |
| Hampden | 120 |
| Hancock | 121 |
| Hanover | 122 |
| Hanson | 123 |
| Hardwick | 124 |
| Harvard | 125 |
| Harwich | 126 |
| Hatfield | 127 |
| Haverhill | 128 |
| Hawley | 129 |
| Hanover (See Danvers) | |
| Heath | 130 |
| Hingham | 131 |
| Hinsdale | 132 |
| Holbrook | 133 |
| Holden | 134 |
| Holland | 135 |
| Holliston | 136 |
| Holyoke | 137 |
| Hopedale | 138 |
| Hopkinton | 139 |
| Hubbardston | 140 |
| Hudson | 141 |
| Hull | 142 |
| Huntington | 143 |
| Hyannis (See Barnstable) | |
| Ipswich | 144 |
| Kingston | 145 |
| Lakeville | 146 |
| Lancaster | 147 |
| Lanesboro | 148 |
| Lawrence | 149 |
| Lee | 150 |
| Leicester | 151 |
| Lenox | 152 |
| Leominster | 153 |
| Leverett | 154 |
| Lexington | 155 |
| Leyden | 156 |
| Lincoln | 157 |
| Littleton | 158 |
| Longmeadow | 159 |
| Lowell | 160 |
| Ludlow | 161 |
| Lunenburg | 162 |
| Lynn | 163 |
| Lynnfield | 164 |
| Malden | 165 |
| Manchester | 166 |
| Mansfield | 167 |
| Marblehead | 168 |
| Marion | 169 |
| Marlboro | 170 |
| Marshfield | 171 |
| Mashpee | 172 |
| Mattapoisett | 173 |
| Maynard | 174 |
| Medfield | 175 |
| Medford | 176 |
| Medway | 177 |
| Melrose | 178 |
| Mendon | 179 |
| Merrimac | 180 |
| Methuen | 181 |
| Middleboro | 182 |
| Middlefield | 183 |
| Middleton | 184 |
| Milford | 185 |
| Millbury | 186 |
| Millis | 187 |
| Millville | 188 |
| Milton | 189 |
| Monroe | 190 |
| Monson | 191 |
| Montague | 192 |
| Monterey | 193 |
| Montgomery | 194 |
| Mount Washington | 195 |
| Nahant | 196 |
| Nantucket | 197 |
| Natick | 198 |
| Needham | 199 |
| New Ashford | 200 |
| New Bedford | 201 |
| New Braintree | 202 |
| New Marlboro | 203 |
| New Salem | 204 |
| Newbury | 205 |
| Newburyport | 206 |
| Newton | 207 |
| Norfolk | 208 |
| North Adams | 209 |
| North Andover | 210 |
| North Attleboro | 211 |
| North Brookfield | 212 |
| North Reading | 213 |
| Northampton | 214 |
| Northboro | 215 |
| Northbridge | 216 |
| Northfield | 217 |
| Norton | 218 |
| Norwell | 219 |
| Norwood | 220 |
| Oak Bluffs | 221 |
| Oakham | 222 |
| Orange | 223 |
| Orleans | 224 |
| Otis | 225 |
| Oxford | 226 |
| Palmer | 227 |
| Paxton | 228 |
| Peabody | 229 |
| Pelham | 230 |
| Pembroke | 231 |
| Pepperell | 232 |
| Peru | 233 |
| Petersham | 234 |
| Phillipston | 235 |
| Pittsfield | 236 |
| Plainfield | 237 |
| Plainville | 238 |
| Plymouth | 239 |
| Plympton | 240 |
| Princeton | 241 |
| Provincetown | 242 |
| Quincy | 243 |
| Randolph | 244 |
| Raynham | 245 |
| Reading | 246 |
| Rehoboth | 247 |
| Revere | 248 |
| Richmond | 249 |
| Rochester | 250 |
| Rockland | 251 |
| Rockport | 252 |
| Rowe | 253 |
| Rowley | 254 |
| Royalston | 255 |
| Russell | 256 |
| Rutland | 257 |
| Salem | 258 |
| Salisbury | 259 |
| Sandisfield | 260 |
| Sandwich | 261 |
| Saugus | 262 |
| Savoy | 263 |
| Scituate | 264 |
| Seekonk | 265 |
| Sharon | 266 |
| Sheffield | 267 |
| Shelburne | 268 |
| Sherborn | 269 |
| Shirley | 270 |
| Shrewsbury | 271 |
| Shutesbury | 272 |
| Somerset | 273 |
| Somerville | 274 |
| South Hadley | 275 |
| Southampton | 276 |
| Southboro | 277 |
| Southbridge | 278 |
| Southwick | 279 |
| Spencer | 280 |
| Springfield | 281 |
| Sterling | 282 |
| Stockbridge | 283 |
| Stoneham | 284 |
| Stoughton | 285 |
| Stow | 286 |
| Sturbridge | 287 |
| Sudbury | 288 |
| Sunderland | 289 |
| Sutton | 290 |
| Swampscott | 291 |
| Swansea | 292 |
| Taunton | 293 |
| Templeton | 294 |
| Tewksbury | 295 |
| Tisbury | 296 |
| Tolland | 297 |
| Topsfield | 298 |
| Townsend | 299 |
| Truro | 300 |
| Tyngsboro | 301 |
| Tyringham | 302 |
| Upton | 303 |
| Uxbridge | 304 |
| Wakefield | 305 |
| Wales | 306 |
| Walpole | 307 |
| Waltham | 308 |
| Ware | 309 |
| Wareham | 310 |
| Warren | 311 |
| Warwick | 312 |
| Washington | 313 |
| Watertown | 314 |
| Wayland | 315 |
| Webster | 316 |
| Wellesley | 317 |
| Wellfleet | 318 |
| Wendell | 319 |
| Wenham | 320 |
| West Boylston | 321 |
| West Bridgewater | 322 |
| West Brookfield | 323 |
| West Newbury | 324 |
| West Springfield | 325 |
| West Stockbridge | 326 |
| West Tisbury | 327 |
| Westboro | 328 |
| Westfield | 329 |
| Westford | 330 |
| Westhampton | 331 |
| Westminster | 332 |
| Weston | 333 |
| Westport | 334 |
| Westwood | 335 |
| Weymouth | 336 |
| Whately | 337 |
| Whitman | 338 |
| Wilbraham | 339 |
| Williamsburg | 340 |
| Williamstown | 341 |
| Wilmington | 342 |
| Winchendon | 343 |
| Winchester | 344 |
| Windsor | 345 |
| Winthrop | 346 |
| Woburn | 347 |
| Worcester | 348 |
| Worthington | 349 |
| Wrentham | 350 |
| Yarmouth | 351 |

**OUT OF STATE RESIDENCE**

| TOWN | CODES |
|------|-------|
| Connecticut | 401 |
| Maine | 402 |
| New Hampshire | 403 |
| New York | 404 |
| Rhode Island | 405 |
| Vermont | 406 |
| Other States | 407 |
| None of the above | 408 |

**CORRECTIONAL INSTITUTION RESIDENCE**

County

| TOWN | CODES |
|------|-------|
| Barnstable County | 500 |
| Berkshire/Pittsfield | 505 |
| Bristol/New Bedford/No. Dartmouth | 510 |
| New Bedford/BMCAC | 511 |
| Lawrence/Corr. Alt. Ctr. | 515 |
| Dukes/Edgartown Jail | 520 |
| Essex/Lawrence | 525 |
| Franklin/Greenfield | 540 |
| Hampshire/No. Hampton | 545 |
| M'SEX Billerica | 550 |
| Cambridge Jail | 555 |
| Norfolk/Dedham | 560 |
| Plymouth County | 565 |
| Suffolk/Nashua Street Jail | 570 |
| Deer Island | 575 |
| Worcester County | 580 |

State

| TOWN | CODES |
|------|-------|
| B'ay State Corr Ctr/Norfolk | 600 |
| Boston State Pre-Release/Dorch. | 605 |
| Lemuel Shattuck Hosp. Unit | 610 |
| MCI/Bridgewater | 615 |
| MCI/Concord | 620 |
| MCI/Framingham | 625 |
| MCI/Lancaster | 630 |
| MCI/Norfolk | 635 |
| MCI/Plymouth | 640 |
| MCI/Shirley | 645 |
| MCI/Warwick | 650 |
| MCI/Cedar Jct | 655 |
| Medfield Prison Project | 660 |
| Norfolk Pre-Release | 665 |
| No. Cent. Corr. Ctr/Gardner | 670 |
| N.E. Corr. Ctr | 675 |
| Park Drive Pre-Release - Boston | 680 |
| So. Middlex. Pre-Release - Framing | 685 |
| S.E. Corr. Ctr/Bridge | 690 |
| Treatment Ctr/Bridge | 695 |
| Superior Court | 700 |
| Longwood | 705 |

# MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

## MIS INTERVIEW - PART 2 (DISCHARGE)

### SUBSTANCE ABUSE SERVICES

BSA # 3398346

| | | | | |
|---|---|---|---|---|
| 1. Admission number | | | | |
| 2. Agency code | | | | |
| 3. Program's client ID | | | | |
| 4. Exit Date (mmddyy) | | | | |
| 5. Reason for discharge* | | | | |

6. Discharge plan (Y = yes, N = no)

7. Referred self help group (Y = yes, N = no)

8. Where was client referred*

9. Employment status at discharge*

10. Number of days worked past month

*COLLATERAL CLIENTS STOP HERE*

### OTHER SOCIAL/HEALTH SERVICES
(Provided to client during treatment)

0 = not provided    1 = provided by your agency    2 = provided by different agency

Code

11. Legal aid/services
12. Housing
13. GED
14. Vocational training
15. Family planning
16. Child Care
17. Literacy services
18. English as second language
19. Job placement/referral
20. Prenatal medical care
21. Postpartum medical care
22. Urine drug screening
23. Treatment for medical problems
24. Treatment for emotional problems

---

0 = not provided    1 = provided by your agency    2 = provided by different agency

Code

25. Medication for withdrawal
26. Medication for medical problem
27. Medication for emotional problem
28. TB testing
29. TB treatment
30. STD testing
31. STD treatment

*DETOX CLIENTS STOP HERE*

### EVALUATION OF CLIENTS GOAL ACHIEVEMENT
(Mark X in appropriate boxes)

| | Not applicable | Achieved | Partial achievement | Not achieved |
|---|---|---|---|---|
| 32. Overall program goals | | | | |
| 33. Alcohol use | | | | |
| 34. Drug use | | | | |
| 35. Educational/ Vocational | | | | |
| 36. Social functioning | | | | |
| 37. Emotional functioning | | | | |
| 38. Family situation | | | | |
| 39. Illegal behavior | | | | |

40. Currently receiving services from state agencies?
(Mark X for all that apply)

| None | DSS | DYS | DOC | MPB | OCP | DMH | DMR |
|---|---|---|---|---|---|---|---|
| DPH | PTA | OCCS | MRC | MCDHH | MCB | OTH | |

---

### OUTPATIENT CLIENTS
(Includes methadone and DAE clients)

Code

41. Drinking behavior at discharge
   0 = no alcohol use    3 = increased use
   1 = decreased use     9 = unknown
   2 = no change

42. Drug use other than alcohol at discharge
   0 = no drug use       3 = increased use
   1 = decreased use     9 = unknown
   2 = no change

43. Alcohol use freq. since admission*

44. Drug (Other than alcohol) used most since admission* (none = X)

45. Drug (Other than alcohol) use frequency since admission* (no. use = 0)
   (If more than one - drug used most)

### DRUNKEN DRIVER CLIENTS
(Discharge from DAE and 14-day DUIL only)

46. Date first group (mmddyy)

47. BAC this arrest
   Enter two digits only. No decimal point
   88 = does not know, 99 = refused test

48. Lifetime arrests for DUI

49. DUI convictions pas: 6 years. Include current conviction. Do not include subsequent convictions

50. Interviewer Initials

51. Special Studies

* See code numbers on back of pink copy

# MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

BSA # 3398346

0 = not provided   1 = provided by your agency   2 = provided by different agency

Code

1. Admission number
2. Agency code
3. Program's client ID
4. Exit Date (mmddyy)
5. Reason for discharge*
6. Discharge plan (Y = yes, N = no)
7. Referred self help group (Y = yes, N = no)
8. Where was client referred*
9. Employment status at discharge*
10. Number of days worked past month

*COLLATERAL CLIENTS STOP HERE*

## OTHER SOCIAL/HEALTH SERVICES
(Provided to client during treatment)

0 = not provided   1 = provided by your agency   2 = provided by different agency

Code

11. Legal aid/services
12. Housing
13. GED
14. Vocational training
15. Family planning
16. Child Care
17. Literacy services
18. English as second language
19. Job placement/referral
20. Prenatal medical care
21. Postpartum medical care
22. Urine drug screening
23. Treatment for medical problems
24. Treatment for emotional problems

# MIS INTERVIEW - PART 2 (DISCHARGE)

0 = not provided   1 = provided by your agency   2 = provided by different agency

Code

25. Medication for withdrawal
26. Medication for medical problem
27. Medication for emotional problem
28. TB testing
29. TB treatment
30. STD testing
31. STD treatment

*DETOX CLIENTS STOP HERE*

## EVALUATION OF CLIENTS GOAL ACHIEVEMENT
(Mark X in appropriate boxes)

| | Not applicable | Achieved | Partial achievement | Not achieved |
|---|---|---|---|---|
| 32. Overall program goals | | | | |
| 33. Alcohol use | | | | |
| 34. Drug use | | | | |
| 35. Educational/Vocational | | | | |
| 36. Social functioning | | | | |
| 37. Emotional functioning | | | | |
| 38. Family situation | | | | |
| 39. Illegal behavior | | | | |

40. Currently receiving services from state agencies? (Mark X for all that apply)

| None | DSS | DYS | DOC | MPB | OCP | DMH | DMR |
|---|---|---|---|---|---|---|---|
| DPH | DTA | OCCS | MRC | MCB | MCDHH | OTH | |

# SUBSTANCE ABUSE SERVICES

## OUTPATIENT CLIENTS
*(Includes methadone and DAE clients)*

41. Drinking behavior at discharge
   - 0 = no alcohol use   3 = increased use
   - 1 = decreased use   9 = unknown
   - 2 = no change
42. Drug use other than alcohol at discharge
   - 0 = no drug use   3 = increased use
   - 1 = decreased use   9 = unknown
   - 2 = no change
43. Alcohol use freq. since admission*
44. Drug (Other than alcohol) used most since admission* (none = X)
45. Drug (Other than alcohol) use frequency since admission* (no use = 0) (If more than one - drug used most)

## DRUNKEN DRIVER CLIENTS
*(Discharge from DAE and 14-day DUIL only)*

46. Date first group (mmddyy)
47. BAC this arrest
   Enter two digits only. No decimal point
   88 = does not know, 99 = refused test
48. Lifetime arrests for DUI
49. DUI convictions past 6 years. Include current conviction. Do not include subsequent convictions
50. Interviewer Initials
51. Special Studies

*** See code numbers on back of pink copy**

# MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

## DISCHARGE INTERVIEW RESPONSE CODES

### SUBSTANCE ABUSE SERVICES

**5. Reason for discharge**
- 0 = Dropout
- 1 = Completed
- 2 = Noncompliance/administrative
- 3 = Relapse
- 4 = Assessment
- 5 = Inappropriate
- 6 = Incarcerated
- 7 = Died
- 8 = Ho=pitalized
- 9 = Moved

**8. Where was the client referred**

**Individual**
- 00 = Referral not needed
- 98 = Referral not wanted
- 01 = Non medical professionals

**Substance Abuse Treatment**
- 02 = Room 5/Central Intake
- 03 = ATS - Level A
- 04 = Transitional Support Services
- 05 = ATS - Level B
- 06 = Residential
- 07 = Outpatient
- 08 = Methadone services
- 09 = Drunk driving program
- 10 = Acupuncture
- 11 = Gambling
- 13 = Youth program
- 14 = Sober House
- 19 = Other

**Other Health Care Provider**
- 20 = Primary care provider, hospital, emergency room, mental health provider

**Educational**
- 30 = School personnel, school systems

**Employer/EAP**
- 40 = Supervisor/employee counselor

**Other Community Referral**
- 50 = Shelter
- 51 = Community and religious organizations, social service agencies other than state agencies

**Criminal Justice Referral**
- 60 = Court – Section 35
- 61 = Court – DUI
- 62 = Court – Drugs
- 63 = Court – Other
- 64 = Police
- 65 = County House of Correction/Jail
- 66 = Office of Community Corrections
- 67 = Dept. of Corrections
- 68 = Dept. of Probation
- 69 = Massachusetts Parole Board
- 70 = Dept. of Youth Services

**Other State Agencies**
- 71 = Dept. of Social Services
- 72 = Dept. of Mental Health
- 73 = Dept. of Mental Retardation
- 74 = Dept. of Public Health
- 75 = Dept. of Transitional Assistance
- 76 = Office of Child Care Services
- 77 = Mass. Rehab. Commission
- 78 = Mass. Commission for Blind
- 79 = Mass. Comm. for Deaf & Hard of Hearing
- 80 = Other

**9. Employment Status at Discharge**
- 0 = Not in labor force
- 1 = Looking for work
- 2 = Working part-time
- 3 = Working full-time
- 9 = Unknown

**40. Receiving Services from State Agencies?**
- DSS = Dept. of Social Services
- DYS = Dept. of Youth Services
- DOC = Dept. of Corrections
- MPB = Mass. Parole Board
- OCP = Office of the Commissioner of Probation
- DMH = Dept. of Mental Health
- DMR = Dept. of Mental Retardation
- DPH = Dept. of Public Health
- DTA = Dept. of Transitional Assistance
- OCCS = Office of Child Care Services
- MRC = Mass. Rehab. Commission
- MCB = Mass. Comm. for Blind
- MCDHH = Mass. Comm. Deaf & Hard of Hearing
- OTH = Other State Agency

**43. Alcohol Use Frequency Since Admission**
- 0 = No use
- 1 = Less than once a month
- 2 = 1-3 Times per month
- 3 = 1-2 Times a week
- 4 = 3-6 Times a week
- 5 = Daily
- 9 = Unknown

**44. Drug Used Most Since Admission**
(Other than alcohol)
- X. = None
- A. = Cocaine
- B. = Crack
- C. = Marijuana/Hashish
- D. = Heroin
- E. = Non Rx. Methadone
- F. = Oth. Opiates/Synthetics
- G. = PCP
- H. = Oth. Hallucinogens
- I. = Methamphetamine
- J. = Oth. Amphetamines
- K. = Oth. Stimulants
- L. = Benzodiazepines
- M. = Oth. Tranquilizers
- N. = Barbiturates
- O. = Oth. Sedatives/Hypnotics
- P. = Inhalants
- Q. = Over-the-counter
- R. = Other
- S. =
- U. = Unknown

**45. Drug Use Frequency Since Admission**
- 0 = No use
- 1 = Less than once a month
- 2 = 1-3 Times per month
- 3 = 1-2 Times a week
- 4 = 3-6 Times a week
- 5 = Daily
- 9 = Unknown

# MASS. DPH. SUBSTANCE ABUSE SERVICES
## MIS INTERVIEW - PART 1 (SITE ADMISSION)

SITE CODE: ▢ ▢ ▢ ▢ ▢

0. RID/SS # ▢ ▢ ▢ ▢ ▢ ▢ ▢ ▢ ☒ ▢ ▢

BSA # 3398346

1. Admission number
2. Agency code
3. Admit date (mmddyy)
4. Program's client ID
5. Client code
6. Source of referral*
7. Client's city/town code
   *(Town codes on back of this page)*
8. Client's zip code
9. Birth date (mmddyy)
10. Sex (F = female, M = male)
11. Client type (Mark X for all that apply)
    - Colla.
    - Assess.
    - Prog.
    - Parole.
    - Sec. 35
    - Prison
    - Probat.
    - Vet.
12. Race* (Number codes)
13. Ethnicity/ancestry*
14. Language most used*
15. Marital status*
16. Number of children (none = 0, 9 or more = 9)
17. Highest grade completed in school (GED = 12)
    - Under 6 Years
    - 6-18 Years
    - Over 18 Years
    - Meth.
    - Primary
18. Employment status*
19. Days worked past month
20. Client's annual income*
21. Where does client usually live*
    *See code*  *back of pink copy*

### DRUNKEN DRIVER CLIENTS
*(Admission to DAE and 14-day DUIL only)*

34. Date of arrest (mmddyy) ▢ ▢ ▢ ▢ ▢ ▢
35. Referring Court
    *(Court codes on back of yellow page)*

---

Client lives at (Mark X for all that apply)
- Alone
- Child, Under 6
- Child, 6-18
- Child, Over 18
- Spouse
- Signif. other
- Parents
- Other Relative
- Roommate/ Friend

23. Public assistance/compensation (Mark X for all that apply)
- None
- AFDC
- EAEDC
- SSI
- Un-employmt.
- Work. Comp.
- Vet. Ben.
- Oth.

24. Health insurance (Mark X for all that apply)
- None
- MBHP
- HMO
- Private
- Medicaid
- Medicare
- Oth.

### COLLATERAL CLIENTS STOP HERE
### HANDICAPS/DISABILITIES

25. Use of mobility aid (Mark X for all that apply)
- None
- Crutches
- Walker
- Manual Wheelchair
- Electric Wheelchair

*(See codes on yellow page for 26-30)*

26. Vision impairment
27. Hearing impairment
28. Self Care/ADL Skills impairment.
29. Mental retardation
30. Prior mental health treatment *(See codes)*

### TREATMENT/SERVICE HISTORY

31. Number of prior admissions to each substance abuse modality (none = 0, 9 or more = 9)
- Detox
- Residential
- Outpatient
- Medication
- Drunk Driver
- Other

32. Beginning of treatment episode? (Y = yes, N = no)
33. Currently receiving services from state agencies?* (Mark X for all that apply)
- None
- DPH
- DSS
- DYS
- OCCS
- MRC
- MCB
- MPB
- OCP
- OTH
- DTA
- DOC
- MCB
- MCDHH
- DMR

---

### PATTERN OF SUBSTANCE USE
Complete 36 for all substances. If 36 = 0 leave 37-39 blank.
Use codes on back of pink copy for 37-39

| | | 36. Age of first use | 37. Last use (code) | 38. Freq. of last reg. use (code) | 39. Usual route of admin. (code) |
|---|---|---|---|---|---|
| A. | Alcohol | | | | |
| B. | Cocaine | | | | |
| C. | Crack | | | | |
| D. | Marijuana/hashish | | | | |
| E. | Heroin | | | | |
| F. | Non Rx, Methadone | | | | |
| G. | Oth. Opiates/Synthetics | 23 | 5 | 5 | 3 |
| H. | PCP | | | | |
| I. | Oth. Hallucinogens | | | | |
| J. | Methamphetamine | | | | |
| K. | Oth. Amphetamines | | | | |
| L. | Oth. Stimulants | | | | |
| M. | Benzodiazepines | | | | |
| N. | Oth. Tranquilizers | | | | |
| O. | Barbiturates | | | | |
| P. | Oth. Sedative/Hypnotics | | | | |
| Q. | Inhalants | | | | |
| R. | Over-the-counter | | | | |
| S. | Other | | | | |

40. Ranking of Substance Abuse Problems
*(Use alphabetical letter from substance list above)*
- Primary Substance: G
- Secondary Substance:
- Tertiary Substance:

41. Last needle use (Use code for 37/never = 0)
42. Interviewer Initials

# MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH    SUBSTANCE ABUSE SERVICES

## ADMISSION INTERVIEW RESPONSE CODES

**6. Source of referral**

*Individual*
01 = Self, family, friends, non medical professionals

*Substance Abuse Treatment*
02 = Room 5/Central Intake
03 = ATS - Level A
04 = ATS - Level B
05 = Transitional Support Services
06 = Residential
07 = Outpatient
08 = Methadone services
09 = Drunk driving program
10 = Acupuncture
11 = Gambling
13 = Youth program
14 = Sober Houses
15 = Information and Referral
17 = Second Offender Aftercare
19 = Other

*Other Health Care Provider*
20 = Primary care provider, hospital, emergency room, mental health provider.

*Educational*
30 = School personnel, school systems

*Employer/EAP*
40 = Supervisor/employee counselor

*Other Community Referral*
50 = Shelter
51 = Community and religious organizations, social service agencies other than state agencies

*Criminal Justice Referral*
60 = Court – Section 35
61 = Court – DUI
62 = Court – Drugs
63 = Court – Other
64 = Police
65 = County House of Correction/Jail
66 = Office of Community Corrections
67 = Dept. of Corrections
68 = Dept. of Probation
69 = Massachusetts Parole Board
70 = Dept of Youth Services

*Other State Agencies*
71 = Dept. of Social Services
72 = Dept. of Mental Health
73 = Dept. of Mental Retardation
74 = Dept. of Public Health
75 = Dept. of Transitional Assistance
76 = Office of Child Care Services
77 = Mass. Rehab. Commission
78 = Mass. Commission for Blind
79 = Mass. Comm. for Deaf & Hard of Hearing
80 = Other

**12. Race**
1 = Alaskan Native
2 = American Indian
3 = Asian/Pacific Islander
4 = Black
5 = White
6 = Other
9 = Unknown

**13. Ethnicity/Ancestry**

*Hispanic*
01 = Puerto Rican
02 = Dominican
03 = Mexican
04 = Cuban
05 = Central American
06 = Other Hispanic

*Portuguese*
07 = Brazilian
08 = Cape Verdean
09 = Other Portuguese

*Asian*
10 = Chinese
11 = Cambodian
12 = Vietnamese
13 = Laotian
14 = Other Asian

*Other*
15 = Haitian
16 = West Indian
17 = Pakistani/Asian Ind.
18 = European
19 = African
20 = North American
21 = Other
98 = Unknown

**14. Language Most Used**
1 = English
2 = Spanish
3 = Portuguese
4 = French
5 = Asian Language
6 = Other

**15. Marital Status**
0 = Never Married
1 = Married
2 = Separated
3 = Divorced
4 = Widowed

**18. Employment Status**
0 = Not in labor force
1 = Looking for work
2 = Working part-time
3 = Working full-time

**20. Clients Annual Income**
0 = None
1 = Less than $1,000
2 = $1,000 to $4,999
3 = $5,000 to $7,499
4 = $7,500 to $9,999
5 = $10,000 to $14,999
6 = $15,000 to $19,999
7 = $20,000 to $29,999
8 = $30,000 or more

**21. Where Does Client Usually Live**
1 = House or apartment
2 = Room/boarding house
3 = Institution
4 = Group home
5 = Shelter/mission
6 = On the streets

**26-30. Handicaps/Treatment History (see yellow page)**

**33. Receiving Services From State Agencies**
DSS = Dept. of Social Services
DYS = Dept. of Youth Services
DOC = Dept. of Corrections
MPB = Massachusetts Parole Board
OCP = Office of the Commissioner of Probation
DMH = Dept. of Mental Health
DMR = Dept. of Mental Retardation
DPH = Dept. of Public Health
DTA = Dept. of Transitional Assistance
OCCS = Office of Child Care Services
MRC = Mass. Rehab. Commission
MCB = Mass. Commission for Blind
MCDHH = Mass. Comm. Deaf & Hard of Hearing
OTH = Other State Agency

**36. Age of First Use**
0 = Never used
Alcohol Use = age of first intoxication
Drug Use = age of first use.

**37. Last Use**
1 = 12 or more months ago
2 = 3-11 months ago
3 = 1-2 months ago
4 = 1-3 weeks ago
5 = Used in last week

**38. Freq. of Last Regular Use**
1 = Less than once a month
2 = 1-3 Times per month
3 = 1-2 Times a week
4 = 3-6 Times a week
5 = Daily

**39. Usual Route of Administration**
1 = Oral
2 = Smoking
3 = Inhalation
4 = Injection
5 = Other

 CAB Health & Recovery Services

# Detoxification Discharge Summary

**Client Name:** Allen J Joseph  **Date of Birth:** 5·30·78  **Client File #:**

**Date of Admission:** 3·25·04  **Date of Discharge:** 3·27·04  **Program:** ☑ Detox

## Billing/Service Codes for SA IP (15)

Detox (100)

Section 35 (106)     Pregnant (107)     Shelter (115)

## Presenting problems and reasons for admission:

❑ alcohol dependence    ☑ opiate dependence    ❑ benzodiazepine dependence

❑ cocaine dependence    ❑ barbiturate dependence

## TB Status

Has the client been screened for TB?     Yes    or    No
If yes, was the screen?     Positive    or    Negative
If positive, is there a copy of current x-rays available?     Yes    or    No

## Summary and Progress/Course of Treatment:

❑ fully complied with and progressed in treatment    ☑ partially complied with and progressed in treatment
❑ poor compliance with and progress in treatment
Gains achieved:

## Reason for Termination:

| ❑ AMA | ☑ APA | ❑ Administrative Discharge and reasons: |
|---|---|---|
| | | ❑ Completed treatment |

## At Time of Discharge:

**Status of drug/alcohol use:**

❑ drug-free    ☑ some use evident    ❑ not completely detoxified

## Medication Information (if applicable):

# Discharge Summary (Continued)

**Strengths:** _none_

**Needs:** _job, good life for self & family_

**Abilities:** _cutting hair, carpentry_

**Preferences:** _short to_

**Diagnoses at discharge:**

Axis I  _304.00 opiate dep._

Axis II  _799.9 deferred_

Axis III  _pt reports lump in abdom_

Axis IV  _s/o judgement, unemployed_

Axis V          Highest past: _5 /_          Current : _48_

**Aftercare plan, referrals made, and follow-up plans:**

_DC APS to own plan_

| Clinician's Name: |
| --- |
| _Dr Charleton-wood_ |
| Signature: |
| _R Carlton-wood CADAC_ |
| Date: |
| _3·28·04_ |

*Has temp MA Card.*
*He will bring it*
*to Him*

*3/25/04*
*4pm*

**CAB Health & Recovery Services**
*Treatment makes a difference. Recovery makes a life.*

## Admissions Pre-Screening For

Form Completed By: Rachel Moffat/CAB

| Admit Date/Time: | MIS: 3398346 | DRS: |
|---|---|---|
| Client's Name: (Last, First, Middle) Allen, Joseph | | Allergies: NKA |
| DOB: 05/30/78 | Sex: Male | SSN: 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 | |

| Home Phone: 9784796192 | Okay to Call: Yes | Work Phone: | Okay to Call: |
|---|---|---|---|

Address: (Street, City, State, Zip)
8 Reservior Rd.
Gloucester, ma  01930

| Type of Event: Re-Admission | Type of Service: Detoxification | Counselor: |
|---|---|---|
| Emergency Contact: alicia parisi (s/o) | | Phone: 9784796192 |

| ETHNIC BACKGROUND | MARITAL STATUS |
|---|---|
| Caucasian | Single |
| **LANGUAGE** | **DISABILITY** |
| English | |

### SOCIO-ECONOMIC/VOCATIONAL BACKGROUND

| Education Less than High School | Occupation Unemployed | Income |
|---|---|---|

### CLIENT REFERRAL SOURCE
Self

### PAY SOURCE INFORMATION

| MBHP - basic  *Medicaid* | POS Verification Not Found |
|---|---|
| Cardholder Name: | Policy #: | SSN: |
| Employer: | Policy #: | Group #: |
| Insurance Co.:MBHP - basic | Policy #: | Group #: |
| Address: | | Phone: |
| Verification Date: | Verified by: | # of Days Approved: |
| Authorization #: | | |
| Plan: | Deductible: | Co-Pay: |
| Balance of Lifetime Coverage for Inpatient Care: | | |

Indicate if client has had any history of the following conditions by placing an X in the respective box. Please comment if neces

| NEUROLOGICAL | CARDIOVASCULAR | PULMONARY | GASTROINTESTINAL | GENITOURINA |
|---|---|---|---|---|
| ☐ Seizures | ☐ High Blood Pressure | ☐ Tuberculosis | ☐ Ulcers | ☐ Stones |
| ☐ Hallucinations | ☐ Heart Attack | ☐ Asthma | ☐ Pancreatitis | ☐ Recurrent UT |
| ☐ Head Injury | ☐ Irregular Heart Beat | ☐ Emphysema | ☐ Hepatitis Type | ☐ PID |
| ☐ Unconsciousness | ☐ Heart Murmur | ☐ Chronic Bronchitis | ☐ Cirrhosis | ☐ Venereal Dise |
| ☐ Other | ☐ Chest Pain* | ☐ Shortness of Breath* | ☐ Other | ☐ Diabetes |
| | | ☐ Other | | ☐ Cancer |

Comments: denies

| PSYCHIATRIC | MEDICAL | OB/GYN |
|---|---|---|

| If patient is on prescription medication, medication must be brought in original prescription bottle. | | |
|---|---|---|
| **CURRENTLY TAKING** | **CURRENTLY TAKING** | The following medications req__ prior to acceptance for adr__ |
| Rx Name:<br>Dose:<br>Frequency:<br><br>Rx Name:<br>Dose:<br>Frequency: | Rx Name:<br>Dose:<br>Frequency:<br><br>Rx Name:<br>Dose:<br>Frequency: | ☐ Coumadin (PT INR)<br>☐ Clozapine (CBC WBC)<br>☐ Digoxin Levels<br>☐ Lithium Levels<br>☐ Depakote Levels (Only taken<br>☐ Dilantin Levels<br>☐ Blood Glucose Levels<br>***Blood glucose levels are req__<br>insulin dependent diab*** |

| Prescribing Physician:<br>Emergency Contact:see above | Phone: |
|---|---|

## DRUG HISTORY

| **Alcohol** | | |
|---|---|---|
| Type:<br>Quantity:<br>Frequency:<br>Last Use:<br><br>Length of Use: | ☐ Cocaine<br>☐ Heroin<br>☒ Oxycontin<br>☐ Benzodiazepine<br>☐ Cannabis | <br><br>Quantity: 160MG Frequencyqd Routesniff Last Used3/24/04 Length of Use1 1/2 years |

## TREATMENT HISTORY

**Longest Sobriety/Clean Time: 1 week  When:  How:  Last Detoxification**

**Have You Considered a Methadone Clinic?** ○ Yes ○ No  ☐ Max Dose

**Facility Name: Date:  Program Name:  Date:**

| **Consciousness** | **Gait** | **Skin** | **Trauma** | **Pregnancy Test** |
|---|---|---|---|---|
| ☑ Alert<br>☐ Drowsy<br>☐ Stuporous<br>☐ Unconscious<br>☐ Unresponsive | ☑ Normal<br>☐ Ataxic<br>☐ Unable to Test | ☑ Normal<br>☐ Dry | *nc* | Date: |
| | | **Mouth** | **Eyes** | **Initial Clinical Diagnos__** |
| | **PPD** | ☐ Moist<br>☐ Dry | ☑ Pupils Equally Reactive<br>☐ Pupils Nonreactive<br>☐ EOM's Full<br>☐ Limited<br>☐ Nystagimus<br>☐ Yes above six beats<br>**Pupil Size:mm** 2.5<br>**Neck Range of Motion** | **Axis I**<br>Diagnosis<br>304.00 Opiate |
| | **Current PPD**<br>○ Yes ● No<br>**Date**<br>3/7/5/04 | | | |

| **CHEST Breath Sounds** | **HEART** | **EXTREMITIES** | |
|---|---|---|---|
| ☑ Equal Bilat.<br>☐ Crackles<br>☐ Wheezes<br>☐ Rhonchi<br>☑ Clear | ☑ Regular<br>☐ Irregular | ☑ Normal ☐ Edema | |
| | | **Needle Marks** | **Severity** |
| | **ABDOMEN** | ☐ Ant. Cubital ☐ Neck<br>*none* ☐ Wrists/Forearms ☐ Legs<br>☐ Abscesses | |
| | ☐ Tender<br>☐ Scars<br>☑ Normal Liver | 98  **Temperature: Pulse:** 77<br>135/70 2  **Blood Pressure: R:** 16 | |

| **PRIMARY CARE PHYSICIAN: none** | | | |
|---|---|---|---|
| Nurse Signature:<br>*NSchin RN* | Date:<br>*3/25/07* | Doctor's Signature:<br>*5/4/04* | Date: |

☒ Hospitalization*
Month/Year: bayridge 2002
Reason:
observation
☐ Suicidality
Month/Year: denies
☐ Intoxicated at the time?

☐ Hospitalization*
Month/Year:
Reason:
denies
☐ Operations (If different from above)
Reason:

☐ Pregnant*
Trimester/Month:
☐ Receiving physicians care
Consulting Physician:

☐ Referral for Care

**Do you have any court cases?** No When? Why?

**Do you have any warrants?** No



Detoxification
Client Assessment Form

---

(For clients re-admitted within the past year)
(Attach update form to old psychosocial assessment)

| Name of Client: Allen, Joseph M. | D.O.B.: 5/30/78 |
| DRS #: | Age: 25 |
| Clinician: Gary DeVine | Admission Date: 3/26/04 |
| Payor Source: Temp. Mass Health | |

**Chief Complaint/Presenting Problem:**
Why is client here? Why does client say they are here for treatment? What does client want? Referral source-can use quotes)

Self-referred for opiate detox
120 mg of Oxy or 2 bags of (H) q.d.

**Current Precipitants:**
(What has occurred recently to bring client into treatment? Why now? What has been going on for last 1-2 months that can relate to this current illness episode? Recent stressors precipitants? Was abstinence recently broken?)

S/O of 6yrs is pregnant.

**Substance Abuse History and Treatment:**
S/A Hx = etoh @ 15 y.o. ? cannabis shortly after. 1996 he was sent to jail. At that time he recognized etoh was a problem. Began using opiates heavily when his fa. died 2 yrs ago. 2nd detox. Has had some O.P.C.

**Psychiatric History and Treatment:**
denies

**Current Medications:**
denies

**Suicide Attempts:**
denies

**Current Treatment Providers and Telephone Numbers:**
denies

---

Detoxification Client Assessment Form (Continued)

Client Name: _Allen_    Client ID: _____

Social/Developmental History:
Fa had 17 children. Grew up ē 1 sis and ms and 2 half sibs. S/A fa H/O. At 12/13yo, until 17 yo, he bounced back & forth between parents. He grew up wanting a father. Ø Verb/A  Ø Phys/A

Current Living Situation and Family System:
Lvg ē S/O of 6yrs in downstairs apt. of her parents' house.

Sexual Orientation/Preference:
Hetero.

Educational History:
Dropped out in 10th grade. Has a GED.

Vocational History:
Construction. Lost his job when he refused to help his employer cop. Unemployed since Oct.

Financial Status:
"No cash" Lost a $150,000 law suit. Has considerable cc debt.

Legal History:
Ø issues

What are your current preferences for treatment?
ICP

Do you presently have a sober support system? If yes, who and what does this consist of?
Ø sponsor

Leisure Activities and Interests:
Cutting hair. Playing flag football.

Any religion or spiritual involvement? What makes life meaningful for you?
Ø Religion / "Life itself. Happy to be alive."

Ethnic origin (culture):
White

Medical History:
(Current Medications)
Ø issues. "Has a lump in stomach."

Detoxification Client Assessment Form (Continued)

Client Name: _Allen_     Client ID:

## Mental Status:

Appearance: Appropriate ✓ Inappropriate___ Clean___ Unkempt___ Other_____

Eye Contact: Good ✓ Avoids Eye Contact_____ Stares into Space_____ Glances About_____

Behavior: Cooperative ✓ Hostile___ Anxious___ Fearful___ Lethargic___ Silly___ Withdrawn___
Restless___ Able to Focus___ Easily Distracted___ Other_____

Orientation: To person ✓ Place ✓ Time ✓

Memory: Unremarkable ✓ Short term impaired___ Long-term impaired___ Fluctuating___

Affect: Full range___ Flat___ Labile___ Angry___ Sad___ Euphoric___ Cheerful___ Anxious___

Suicidality: No reported ideation ✓ Ideation w/o plan___ Ideation with plan___

Homicidality: No reported ideation ✓ Ideation w/o plan___ Ideation with plan___

Delusions___ Hallucinations___ If checked please record details_____

Note:_____

Speech: Clear ✓ Pressured___ Disorganized___ Incoherent___ Slurred___ Slowed___

Thought Content: Unremarkable ✓ Self blaming___ Bizarre___ Grandiose___
Paranoid___ Preoccupied___ (please specify)_____

Cognition: Unremarkable___ Concrete ✓ Distractible___ Confused___ Capacity for Insight___

Intelligence: Above average____ Average____ Below Average ✓ Unknown____

Comments:_____

What are client's strengths?
_"Right now, none."_

What are client's current needs?
_A job. A good life for self and family._

What are client's abilities/aptitudes?
_Cutting hair. Carpentry._

What are client's current preferences?
_Short Tx_

Detoxification Client Assessment Form: Continued

Client Name: _Allen_                                    Client I.D.

Diagnostic Formulation:
(How does the client's past play a role in current difficulties? How do alcohol/drugs help this client? How do you understand why this client behaves the way he or she does? What are client's current modes of operating in the world in addition to substance use which cause this client difficulties? Attempt to link current stressors and past history to current difficulties)

This CT is a 25 y.o. SWM who self-referred for opiate detox, his 1st effort at sobriety. The CT does not appear to have any other ⦰ issues. S/A in F/O. He is impulsive and his self-esteem is low, stemming from a lack of bonding ⦰ his fa and stability in his upbringing. He reports to be motivated by the announcement of his g.f.'s pregnancy. He intends to do the Discovery Program.

---

**DSM IV DIAGNOSIS:**
Axis I: 304.00  Oxy
Axis II: 799.90
Axis III: Reports to have a lump in his abdomen.
Axis IV: S/O is pregnant and the CT is unemployed.
Axis V   Current _46_    Highest Past Year _51_    Lowest Past Year _44_

Treatment Recommendations:
(Recommend level of care, other services or supports needed, aftercare plans)

The CT plans on entering an ICP program.

---

Acceptance of Recommendations and Treatment Preference

---

Clinician Name (Printed): _Gary Devine_        Date: 3/26/04
Clinician Signature: _[signature]_



## Comprehensive Treatment Plan (Inpatient)

| Problem | Goal | Objectives | Interventions |
|---|---|---|---|
| Drug addiction | "To get clean & sober" | - Safely detox<br>- To listen to others | - Med protocol<br>- Meetings |
| | | | |
| | | | |

Client Name: Joseph M. Allen

Date: 3/26/04

Record #

Clinician: Gary DeVine

STEVEN M. CHISHOLM
Clinical Supervisor

Revision Date: 04/03, CAB Health & Recovery Services

4D4 Comprehensive Treatment Plan
Inpatient/Boston/Danvers


CAB Health & Recovery Services

| Detoxification Progress Notes |
|---|

**Client Name:** Joseph Allen     **DRS #:**

**Date:** 3/26/04

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

Asoc & Tx plan are completed. The CT has attended groups today. The CT decided to skip a dose to leave early.

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:**

**Date:** 3-27-04

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

oc app to our plan

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:** a Coaks-ward, coapt.

**Date:**

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:**

Date Revised: 4/03, CAB Health & Recovery Services

Reference: 4D Individual Treatment Planning/ Inpatient/Boston/Danvers


CAB Health & Recovery Services

**Detoxification
Progress Notes**

**Client Name:** | **DRS #:**

**Date:**

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:**

**Date:**

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:**

**Date:**

Progress or lack of progress on Treatment Goal #1 and specific related treatment objectives:

Progress or lack of progress on Treatment Goal #2 and specific related treatment objectives:

Other (strengths, needs, psychosocial stressors, other newly identified concerns, etc.

**Signature:**



**CAB**
**HEALTH RECOVERY**
S E R V I C E S ,  I N C

*Treatment makes a difference. Recovery makes a life*

<table>
<tr><td colspan="2">

**Admission Progress Notes**
**Nursing Levels A, B, C**

</td></tr>
</table>

| Patient' Name: | Allergies: | Number: |
|---|---|---|
| *(Allen Joseph)* | *NKA* | 3398346 |

| Date/Time | |
|---|---|
| T 98' | 3/25/04 4:15ᴾ — Serv: CAB admission |
| P 72 | for this 25 y.o. male who requests opiate |
| R 16 | detox. Las 3/25, 6:30ᴾ, ... |
| BP 130/102 | vomited. No med/psych issues. No S&S of |
| | W/D. ↑↑↓ LFA. Understands rules/regs. |
| | Escorted to room. Report to nurse, h. holbrook |
| 3.25.04 | Ct begins M/A @ gp. SX as Charted |
| eval 2 | (4.8 w.) ... Medicated ē Methadone |
| | 5mg as per protocol. Will cont to monitor |
| | for acute W/D. — nurse hr ... |
| 3/26/04 11ᴾ | Pt c/o insomnia + was given Benadryl |
| | 50 mg PO ē good effect. Pt was up x 2 for |
| | assessments for the Methadone protocol. He |
| | qualified both Times + was given Methadone 5mg |
| | each Time. Is safe for safety + hydration |
| | ... AMM ... RN |
| 3/26/04 | 7-3 Methadone assessmnt maint |
| | 8/12p definite S/S withdrawal |
| | c/o chills/sweats pupils 6mm |
| | in bed most AM, will continue |
| | to monitor L.V. |
| 3-26-04 | Continues on methadone protocol. Refused 4ᵗʰ |
| 3-11ᴾ | assessment dose. Took 5ᵗʰ dose. Up about |
| | attending in tpp + meals. States he feels good except |
| | for gen. aches. Med @ 4ᴾ, Ibuprofen per order |
| | + acetaminophen @ 8ᴾ per order for ↑ gen aches |
| | ō med relief. — J. Saldana |

## Admission Progress Notes, Nursing Levels A,B,C (Continued)

| Date/Time | |
|---|---|
| 3/27/04 11-7 | Pt- C/o insomnia & was given Benadryl 50 mg PO c good effects. He was in bed most of the night. Is alert & safe x locations. _____ MW |
| 3/27/04 7-3 | Methadone BID dosing maint, up & about attending meals/groups no C/o discomft _____ R.N. |
| 3-27-04 3-6:30p | up & about attended meal & mtgs Saturday. Left APA AAOx2 c belongings & Rx's. _____ Saulnier |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**AUTHORIZATION (CONSENT) TO OBTAIN OR RELEASE INFORMATION AND RECORDS**

Client Name: *Allen, Joseph M.*    DOB: *5/30/78*    DRS#: (CAB use only):

**OBTAIN:** I, *Joseph Allen*
_____ (Client or Parent/Guardian, if client is
a minor) authorize CAB Health and Recovery Services, Inc , by fax or mail, to **obtain** information including
medical and/or substance abuse and/or mental health records from:
*Discover @ Addison-Gilbert 283-0296*
(Name and telephone number of agency/school/physician)
*Gloucester, MA*
(Complete mailing address of agency/school/physician)

**RELEASE:** I, _____
_____ (Client or Parent/Guardian, if client
is a minor) authorize CAB Health & Recovery Services, Inc , via U.S. mail, to **release** information including
medical and/or substance abuse and/or mental health records to:

_____
(Name and telephone number of agency/school/physician)

_____
(Complete mailing address of agency/school/physician)

Please indicate the **SPECIFIC** information to be    disclosed: (Please complete each category)

| Y | N | | Y | N | |
|---|---|---|---|---|---|
| Y | (N) | Dates of Services | Y | (N) | Progress Notes |
| Y | (N) | Intake Assessment Summary (Clinical Interview) | (Y) | N | Discharge Summary |
| Y | (N) | Treatment Plans | Y | (N) | Psychiatric Summaries/Medications |
| Y | (N) | Diagnoses | | | Other |

The purpose of this release of information is:
_____ Assist in Treatment Planning    _____ Coordination of Treatment    ✔ Evaluation
_____ Billing for Treatment Services Rendered
_____ Other (specify): _____

**PROTECTED INFORMATION**
Your signature below does not pertain to the categories listed below. Information in these protected categories
will **not** be recorded or released from your record without your initials in the boxes below in addition to your
signature.

**INITIAL ONLY THE CATEGORIES OR INFORMATION YOU WISH CAB HEALTH & RECOVERY SERVICES, INC. TO RELEASE:**

| _____ Hepatitis B Testing/Treatment | _____ HIV/AIDS HIV Testing | _____ Sexually Transmitted Diseases | _____ Hepatitis C Testing Treatment |
|---|---|---|---|

I understand that I have the right to inspect and copy the information to be disclosed. I understand that my records are
protected under the federal regulations governing Confidentiality in Alcohol and Drug Abuse Patients, 42 CFR Part 2 and
cannot be disclosed without my written consent unless otherwise provided for in the regulations. I also understand that I may
revoke this consent in writing at any time except to the extent that action has been taken in reliance on it, and that in any
event this consent automatically expires within 30 days after treatment, termination, or upon receipt of payment for treatment
services rendered, whichever is longer, unless other wise specified below:
(Specification of the date, event, or condition upon which this consent expires, not to exceed one year.)

Client Signature: _____    Date: _____

Witness: _____    Parent/Guardian: _____

CAB Health and Recovery Service
Aftercare Plan Tracking Form

I, _Joseph Allen_ agree to the following aftercare plan:
  Client Name

Referral made to:

_Discover_
Program Name

Contact Person

Time and date of appointment

Phone Number  _978-283-0296_

ID number

Please circle level of care:

1. Outpatient Treatment

2. IOP

3. Residential (Half Way House, TSS, Sober House)

4. Methadone

5. Other

To attend the following self-help meetings:

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

I can ask for help from the following people, if I am at risk for using a substance or experiencing some other type of crisis:

Support Person        Telephone Number

If referral is made to non CAB program, release form to obtain follow-up information completed and attached      ☐ Yes      ☐ No

Client Signature                                          Date

CAB Health and Recovery Services Aftercare Plan Tracking Form 09 (08/03)                    Page 1 of 1