UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

## BUSINESS RECORD CERTIFICATION AND AUTHENTICATION AFFIDAVIT PURSUANT TO RULES OF EVIDENCE 803(6) AND 902(11)

I, CHRISTINE L. ROWE, being duly sworn, hereby state and depose as follows:

1. I am employed by CAB Health and Recovery Services. I have control and custody of the records of CAB Health and Recovery Services.

2. I certify that the attached documents, comprising 44 pages in total, are true, accurate, and complete copies of original records of CAB Health and Recovery Services.

3. The attached records were made in good faith, in the regular course of business, by, or from information transmitted by, a person with knowledge of the matters set forth within the records.

4. The attached records were kept in the course of the regularly conducted activity of CAB Health and Recovery Services.

5. It was the regular practice of CAB Health and Recovery Services to make such records at or about the time reflected in the records attached hereto. The attached records were made as part of that regular practice.

6.  The attached records were made at or near the time of the matters set forth within the records.

Signed under the pains and penalties of perjury on May 10, 2006.

_____
Signature of Custodian of Records

CHRISTINE L ROWE
_____
Name of Custodian of Records (Print)