

# THE COMMONWEALTH OF MASSACHUSETTS
## EXECUTIVE OFFICE OF TRANSPORTATION
## REGISTRY OF MOTOR VEHICLES



**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**JOHN COGLIANO**
SECRETARY

**ANNE L. COLLINS**
REGISTRAR

```
SCREEN PRINT TRANSACTION_ID: CP8261SEBAEU010613601347202
05/16/2006 13:45    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES            UGL1070
                            LICENSE INQUIRY SCREEN
  FUNCTION: LI   MSG:  INQUIRY PROCESS COMPLETE
    LICENSE #: S13621975              ST: MA   SS#: --------- PREV:

       NAME L: ALLEN          F: JOSEPH       M: M        DOB: 05/30/1978
          SEX: M  HEIGHT: 5 10  ORGAN DONOR:   HISTORY: Y  IMG: Y   PDPS: Y
    MAIL ADDR: 50 TAYLOR ST        CITY: GLOUCESTER     ST: MA ZIP: 01930-2940
     BLDG/APT: 3RD FL
   RESID ADDR:                     CITY:                ST:     ZIP:
     BLDG/APT:                     DRIVERS EDUCATION: N  MILITARY: N  MAB: N

   PREV NAME L:               F:              M:              DOB:

   STATUS LIC: ACT        RESTRICTIONS:              TIME:       TO:
          CDL:            PASSENGER RESTRICTION: N
    PLACARD #:            PLACARD  TYPE:     STATUS:     EXP. DATE:
   TYPE       CLASS       ENDORSEMENTS           ISSUE DATE    EXPIRATION DATE
    L          D                                 01/29/2002      05/30/2006
```

*COMMONWEALTH OF MASSACHUSETTS*
*REGISTRY OF MOTOR VEHICLES*
*A TRUE COPY OF THE RECORDS ATTEST*

*Anne L. Collins*

RR-15    REGISTRAR



# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
P.O. Box 55889, Boston, MA 02205-5889
www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

CERT REQUESTED FOR LICENSE # S13621975, BY RMV CT RECORDS 05176

I HEREBY CERTIFY THAT THE ANNEXED INSTRUMENT(S) ARE TRUE COPY(S) OF NOTICE(S) OF SUSPENSION(S)/REVOCATION(S) THAT WERE MAILED ON THE DATE(S) APPEARING ON THE NOTICE TO THE LAST ADDRESS ON FILE AS APPEARING IN THE REGISTRAR'S RECORDS IN ACCORDANCE WITH THE PROVISIONS OF G.L. CHAPTER 90, SECTION 22.

I FURTHER CERTIFY THAT ON 02/16/05 HIS/HER LICENSE OR RIGHT TO OPERATE WAS REINSTATED IN THE COMMONWEALTH OF MASSACHUSETTS.

COMMONWEALTH OF MASSACHUSETTS
REGISTRY OF MOTOR VEHICLES
A TRUE COPY OF THE RECORDS ATTEST

*Anne L. Collins*

RR-16   REGISTRAR

---

ANNE L. COLLINS,
REGISTRAR

CERTIFICATION DATE 05/15/06

5



# The Commonwealth of Massachusetts
*Registry of Motor Vehicles*
P.O. Box 55889, Boston, MA 02205-5889

*www.mass.gov/rmv*

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

09/30/03

ALLEN, JOSEPH M
3RD FL
50 TAYLOR ST
GLOUCESTER, MA 01930-2940

DOB: 05/30/78

LICENSE NUMBER: S13621975

You are hereby notified that I intend to revoke your license/privilege to operate a motor vehicle in the state of Massachusetts on 10/30/03 because of the official notice of suspension/revocation received by me from another state or country as listed below:

Suspension/Withdrawl
| --Date-- | Location | Offense Description |
| --- | --- | --- |
| 07/26/03 | MAINE | NDR-HABIT VIOLATOR |
| 05/26/03 | MAINE | NDR-FINANCIAL RESPON |

The revocation of your license privilege will become effective on 10/30/03 without further notice. This action is being taken pursuant to Chapter 90, Section 22(c). In order to avoid this revocation, you will need to do the following before the revocation date mentioned above:  1. Contact the state or country mentioned;  2. Obtain from them a notice of reinstatement and a driving record which is not older than 30 days;  3. File this documentation with the nearest full service office of the Registry of Motor Vehicles before the revocation date.

Note:  If your license/right to operate becomes suspended as a result of failing to comply with this notice, at the time of your reinstatement you will be required to pay a $100.00 reinstatement fee. Make check payable to RMV.

Kimberly Hinden,
Registrar



# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
### P.O. Box 55889, Boston, MA 02205-5889
www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

01/03/03

ALLEN, JOSEPH M
3RD FL
50 TAYLOR ST
GLOUCESTER, MA 01930-2940

DOB: 05/30/78

LICENSE NUMBER: S13621975

You are hereby notified effective 02/02/03, your license/right to operate a motor vehicle will be suspended, by automatic application of law, because you have defaulted on the assessment and fines noted below:

```
             Offense   Default
Assessment   --Date--  --Date--  Citation  Offense/Location

   75.00     11/28/02  01/02/03  K1959029  SPEEDING / BEVERLY
   25.00     11/28/02  01/02/03  K1959029  SEAT BELT VIOLATION / BEVERLY

   50.00     Late Fee
   25.00     Release Fee
  175.00     Total, Please Pay This Amount
```

In order to avoid this pending suspension you must mail your check/money order for the assessment above, with a copy of this notice, to the following address: RMV Citations-Payments, P.O. Box 199125, Roxbury, Ma 02119-9125 or appear at a full service Registry of Motor Vehicles office nearest to you before the effective date of the suspension noted above.

If you fail to comply with these instructions before the effective date of the suspension, your license or right to operate all motor vehicles within the Commonwealth of Massachusetts will be suspended and your right to renew your registration will be denied on that date without further notice.

When your license or right to operate has been suspended, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated. During this time, you may not apply for a license or a learner's permit. If you are a non-resident, you must cease to operate all motor vehicles within the Commonwealth of Massachusetts.

Note: If your license/right to operate becomes suspended as a result of failing to comply with this notice, at the time of your reinstatement you will be required to pay an additional $50.00 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar



# The Commonwealth of Massachusetts
*Registry of Motor Vehicles*
P.O. Box 55889, Boston, MA 02205-5889
www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

CERT DATE 05/15/2006

ALLEN, JOSEPH M
3RD FL
50 TAYLOR ST
GLOUCESTER, MA 01930-2940

DOB: 05/30/1978

LICENSE NUMBER: S13621975

DRIVING HISTORY                                PG 1 OF 2

PREVIOUS NAMES, LICENSE NUMBERS

029582491

THE FOLLOWING IS A COMPLETE LIST OF ALL OFFENSES AND ACTIONS ON FILE.

```
INC/NOT                                              COURT       FINDING
---DATE---  -----------------------------------------------      ---DATE---
07/15/1995  SPEEDING GLOUCESTER R                                08/21/1995
08/21/1995  SUSPENSION PAYMENT DEFAULT INDEFINITE                09/30/1995
02/12/1996  EXPIRATION PAYMENT DEFAULT RLS GLOUCESTER            02/12/1996
02/12/1996  SUSP PEND REIN FEE PAYMENT DEFAULT                   02/12/1996
02/12/1996  REINSTATED PAYMENT DEFAULT FEE PAID                  02/12/1996
07/23/1999  SURCHARGEABLE ACCID GLOUCESTER                       09/08/1999
10/10/1999  OPERATOR UNLICENSED   GLOUCESTER G   GLOUCESTER DJ   10/12/1999
11/25/1999  OPERATOR UNLICENSED   GLOUCESTER G   GLOUCESTER DI   12/16/1999
05/03/2002  SPEEDING GLOUCESTER R                GLOUCESTER DI   07/17/2002
11/28/2002  SPEEDING BEVERLY R                                   01/03/2003
11/28/2002  SEAT BELT VIOLATION   BEVERLY R                      01/03/2003
01/03/2003  SUSPENSION PAYMENT DEFAULT INDEFINITE                02/12/2003
12/20/2002  SURCHARGEABLE ACCID GLOUCESTER                       03/07/2003
03/31/2003  CERT TO PORTLAND, ME
05/26/2003  NDR-FINANCIAL RESPON MAINE
07/26/2003  NDR-HABIT VIOLATOR MAINE
09/30/2003  HEARING PAYMENT DEFAULT EXP PEND FEE                 09/30/2003
09/30/2003  EXPIRATION PAYMENT DEFAULT RLS BEVERLY               09/30/2003
09/30/2003  REVOCATION NDR-HABIT VIOLATOR INDEFINITE             10/30/2003
09/30/2003  SUSP PEND REIN FEE PAYMENT DEFAULT                   09/30/2003
09/30/2003  REVOCATION NDR-FINANCIAL RESPON INDEFINITE           10/30/2003
09/30/2003  REINSTATED PAYMENT DEFAULT FEE PAID                  09/30/2003
02/16/2005  HEARING NDR-HABIT VIOLATOR EXP PEND FEE              02/16/2005
02/16/2005  HEARING NDR-FINANCIAL RESPON EXPIRE                  02/16/2005
02/16/2005  EXPIRATION NDR-HABIT VIOLATOR RLS MAINE              02/16/2005
02/16/2005  EXPIRATION NDR-FINANCIAL RESPON RLS MAINE            02/16/2005
02/16/2005  SUSP PEND REIN FEE NDR-HABIT VIOLATOR                02/16/2005
02/16/2005  REINSTATED NDR-HABIT VIOLATOR FEE PAID               02/16/2005
05/15/2006  CERT TO RMV CT RECORDS 05176
```

CONTINUED ON NEXT PAGE



# The Commonwealth of Massachusetts
*Registry of Motor Vehicles*
*P.O. Box 55889, Boston, MA 02205-5889*

*www.mass.gov/rmv*

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

CERT DATE 05/15/2006

ALLEN, JOSEPH M
3RD FL
50 TAYLOR ST
GLOUCESTER, MA 01930-2940

DOB: 05/30/1978

LICENSE NUMBER: S13621975

PG 2 OF 2

PREVIOUS NAMES, LICENSE NUMBERS

LICENSE INQUIRY INFORMATION

LICENSE #: S13621975            ST: MA   SS#: 029582491   PREV:
NAME L: ALLEN         F: JOSEPH    M: M       DOB: 05/30/1978
   SEX: M   HEIGHT: 5 10   ORGAN DONOR: N   MORE HISTORY: Y
   MAIL/ADDR: 50 TAYLOR ST        CITY: GLOUCESTER    ST: MA ZIP: 01930-2940
   BLDG/APT: 3RD FL
RESID ADDR:                       CITY:               ST:    ZIP:
   BLDG/APT:                      DRIVERS EDUCATION: N MILITARY: N MAB: N
PREV NAME L:          F:          M:         DOB:
STATUS LIC: ACT       RESTRICTIONS:   TIME:      TO:
       CDL:

TYPE     CLASS     ENDORSEMENTS        ISSUE DATE    EXPIRATION DATE
 L        D                            01/29/2002    05/30/2006

END OF REPORT

9