

**ANNE L. COLLINS**
REGISTRAR

THE **COMMONWEALTH OF MASSACHUSETTS**
EXECUTIVE OFFICE OF TRANSPORTATION
REGISTRY OF MOTOR VEHICLES



P.O. Box 55896
BOSTON, MA 02205-5896
WWW.MASS.GOV/RMV

# AFFIDAVIT

Joseph Allen
D.O.B.: 5-30-78
License No.: S13621975

I, Kathleen Munson, hereby certify that I am the custodian of the records attached and that these documents are true and complete records of the **REGISTRY OF MOTOR VEHICLES**. I further state that these records are made in good faith; that it is the regular course of business to make these records; that these records were made prior to the beginning of any proceeding, civil or criminal.

Signed this day under the pains and penalties of perjury.

_____Kathleen Munson_____
(Signature)

May 16, 2006

3