UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

**BUSINESS RECORD CERTIFICATION AND AUTHENTICATION AFFIDAVIT
PURSUANT TO RULES OF EVIDENCE 803(6) AND 902(11)**

I, Dr. Mashallah Ezzati, being duly sworn, hereby state and depose as follows:

1. I am a physician.

2. I have control and custody of the records of my practice.

2. I certify that the attached documents, comprising 10 pages in total, are true, accurate, and complete copies of original records of my physician's practice relating to Joseph Allen.

3. The attached records were made in good faith, in the regular course of business, by, or from information transmitted by, a person with knowledge of the matters set forth within the records.

4. The attached records were kept in the course of the regularly conducted activity of my practice.

5. It was my regular practice to make such records at or about the time reflected in the records attached hereto. The attached records were made as part of that regular practice.

6. The attached records were made at or near the time of the matters set forth within the records.

Signed under the pains and penalties of perjury on May 17, 2006.

_____
Signature of Custodian of Records

_____Dr. Mashallah Ezzati_____
Name of Custodian of Records (Print)