UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

---

UNITED STATES

v.

JOSEPH ALLEN

---

**DEFENDANT'S MOTION FOR ENTRY
OF JUDGMENT OF ACQUITTAL ON COUNTS ONE AND
SIXTEEN AT THE CLOSE OF THE
GOVERNMENT'S EVIDENCE**

Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, the defendant Joseph Allen moves at the close of the government's evidence that the Court enter a judgment of acquittal on Counts One and Sixteen on the ground that the government has failed to adduce sufficient evidence to establish beyond a reasonable doubt each element of the charged offenses.

)OCKET

Respectfully submitted,
**JOSEPH ALLEN**
By his attorneys,

_____
James L. Sultan, BBO #488400
Jonathan Harwell, BBO #662764
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

## CERTIFICATE OF SERVICE

  I hereby certify that this document was delivered in-hand to Assistant United States Attorney David G. Tobin on May 19, 2006.

_____<br>
James L. Sultan