UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 04-10288-RWZ

JOSEPH ALLEN

### VERDICT

WE, THE JURY, FIND THE DEFENDANT, JOSEPH ALLEN:

**ON COUNT ONE OF THE INDICTMENT (Conspiracy to Distribute Oxycodone):**

    Guilty of Conspiracy to Distribute  _____

    Guilty of Conspiracy to Possess  \_\_\_✓\_\_\_\_\_

    Not Guilty  _____

**ON COUNT SIXTEEN OF THE INDICTMENT (Possession With Intent to Distribute Oxycodone):**

    Guilty _____

    Not Guilty \_\_\_✓\_\_\_\_\_

5/22/06
DATE

[Foreperson's signature]
FOREPERSON'S SIGNATURE