UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

_____

UNITED STATES

v.

JOSEPH ALLEN

_____

**DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE**

Joseph Allen, the defendant in the above-captioned criminal case, hereby moves this Court to modify his conditions of release to permit him to attend a meeting at his home in Gloucester on July 6, 2006 at 9:00 a.m. at which Massachusetts Department of Social Services Investigator Allison Munsey will investigate allegations that Mr. Allen's two young children are currently being neglected by their mother. As grounds therefore, defendant avers as follows:

1. The defendant has been residing at a drug treatment program, Ryan House, in Lynn, Massachusetts since his release pending sentencing on May 31, 2006.

2. On July 3, 2006, the defendant was notified (and notified undersigned counsel) that a complaint alleging that his two young children are being neglected had been lodged with the Massachusetts Department of Social Services and that a meeting to investigate those allegations had been scheduled by DSS Investigator Allison Munsey. That meeting is scheduled to occur at 9:00 a.m. on July 6, 2006 at the residence shared by the mother of Mr. Allen's two children, Alicia Parisi, and Ms.

   Parisi's parents at Eight Reservoir Road in Gloucester.

3. The defendant is extremely concerned about the welfare of his two children.  It is important to him that he be present at this meeting.  It is also important to the welfare of his children that he be present at the meeting.

4. Ms. Munsey's supervisor at DSS has informed undersigned counsel that while Mr. Allen's presence at this meeting is not required, he is not precluded from attending.

5. The defendant cannot leave Ryan House without the permission of Pretrial Services.  As of this moment (3:05 p.m. on July 5, 2006), Pretrial Services has not authorized Mr. Allen to leave Ryan House for this important meeting.

WHEREFORE, the defendant requests that the Court modify the defendant's conditions of release for the purpose of permitting him to attend the meeting.  If permitted to attend the meeting, he will return to Ryan House as soon as the meeting has concluded on July 6, 2006.

        Respectfully submitted,

        **JOSEPH ALLEN**

        By his attorney,


        _____/s/James L. Sultan_____
        James L. Sultan, BB0 #488400
        Rankin & Sultan
        1 Commercial Wharf North
        Boston, MA 02110
        (617) 720-0011

July 5, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 5, 2006.

                                                /s/ James L. Sultan