

**CAB** Health & Recovery Services

August 2, 2006

To Whom it May Concern,

I am writing this to give an update on Joseph Allen. He is currently a client at the Ryan House, located at 100 Green st. in Lynn, his admit date is 5/31/06. Joseph's attitude has improved tremendously since he was first admitted to our program. He attends a minimum of 6 AA/NA meetings per week. He participates in clinical groups provided by the program as well as his house responsibilities. Joseph did have a relapse approximately 2 weeks ago, but since then he has made a recommitment to his recovery. He has been working on numerous writing assignments about his addiction and is really putting an effort into them. He is also working on a relationship with his children and has expressed to me that he wants to stay clean and out of trouble so he can be there for his kids. If you have any questions please call me at (781) 598-1270 ext. 223

Thank You
Liz Roldan

*Liz Roldan*