UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

JOSEPH ALLEN

**DEFENDANT'S MOTION FOR LEAVE TO
PROCEED *IN FORMA PAUPERIS***

Pursuant to 18 U.S.C. § 1915, the defendant Joseph Allen moves that the Court permit him to proceed on appeal *in forma pauperis*. In support of this motion, the defendant states that counsel was appointed to represent him, and that the defendant is incarcerated and has no funds available to pay for counsel, filing fees, or the other costs associated with appeal.

Respectfully submitted,

**JOSEPH ALLEN**

By his attorneys,

      /s/ James L. Sultan
James L. Sultan, BBO #488400
Jonathan Harwell, BBO #662764
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 6, 2006.

                                                    /s/ James L. Sultan
                                                   James L. Sultan