**MAND****ATE** 

Judge Zobel
04-10288
USDCMA

# United States Court of Appeals
## For the First Circuit

No. 06-2376

UNITED STATES,

Appellee,

v.

JOSEPH ALLEN,

Defendant - Appellant.

---

**JUDGMENT**
Entered: January 23, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By _____ MARGARET CARTER

Deputy Clerk

Margaret Carter, Chief Deputy Clerk

Date: 1/23/07

[cc: David Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Jennifer Zacks, AUSA, James Sultan, Esq.]